POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone:  (310) 405-7190
Email:  jpafiti@pomlaw.com

*Counsel for Lead Plaintiff Movant Xiangqun Miao
and Proposed Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JASON MICHAEL DEINNOCENTIS, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DROPBOX, INC., ANDREW W. HOUSTON, AJAY V. VASHEE, TIMOTHY J. REGAN, ARASH FERDOWSI, ROBERT J. MYLOD, JR., DONALD W. BLAIR, PAUL E. JACOBS, CONDOLEEZZA RICE, R. BRYAN SCHREIER, MARGARET C. WHITMAN, SEQUOIA CAPITAL XII, L.P., SEQUOIA CAPITAL XII PRINCIPALS FUND, LLC, SEQUOIA TECHNOLOGY PARTNERS XII, L.P., and SC XII MANAGEMENT, LLC,<br><br>Defendants. | Case No.:  5:19-cv-06348-BLF<br><br>DECLARATION OF JENNIFER PAFITI IN SUPPORT OF MOTION OF XIANGQUN MIAO  FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL<br><br>CLASS ACTION<br><br>Date:  TBD<br>Time:  9:00 a.m.<br>Judge:  Hon. Beth Labson Freeman<br>Courtroom:  3 – 5th Floor |

(*caption continues on following page*)

DECLARATION IN SUPPORT OF MOTION OF RALPH SEARS FOR CONSOLIDATION, APPOINTMENT AS LEAD
PLAINTIFF AND APPROVAL OF LEAD COUNSEL - 5:19-cv-04195-LHK; 5:19-cv-04395-LHK

| BRYAN PIKAL, Individually and on behalf of all others similarly situated,<br><br>                                     Plaintiff,<br><br>          v.<br><br>DROPBOX, INC., ANDREW W. HOUSTON, AJAY V. VASHEE, TIMOTHY J. REGAN, ARASH FERDOWSI, ROBERT J. MYLOD, JR., DONALD W. BLAIR, PAUL E. JACOBS, CONDOLEEZZA RICE, R. BRYAN SCHREIER, MARGARET C. WHITMAN, SEQUOIA CAPITAL XII, L.P., SEQUOIA CAPITAL XII PRINCIPALS FUND, LLC, SEQUOIA TECHNOLOGY PARTNERS XII, L.P., SC XII MANAGEMENT, LLC, GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, DEUTSCHE BANK SECURITIES INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, ALLEN & COMPANY LLC, RBC CAPITAL MARKETS, LLC, JEFFERIES LLC, MACQUARIE CAPITAL (USA) INC., CANACCORD GENUITY LLC, JMP SECURITIES LLC, KEYBANC CAPITAL MARKETS INC., and PIPER JAFFRAY & CO.,<br><br>                                     Defendants. | Case No.: 4:19-cv-06360-JSW<br><br><br>CLASS ACTION |
|---|---|

I, Jennifer Pafiti, Esq., hereby declare as follows:

1.    I am a Partner with Pomerantz LLP ("Pomerantz"), counsel on behalf of Xiangqun Miao ("Miao"), and have personal knowledge of the facts set forth herein. I make this Declaration in support of Miao's motion for consolidation of the above-captioned actions, appointment as Lead Plaintiff for the Class, and approval of Miao's selection of Pomerantz as Lead Counsel for the Class.

2.    Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Loss chart of Miao;

Exhibit B:    Press release published over *Globe Newswire* on October 4, 2019, announcing the pendency of the first of the above-captioned actions to be filed;

Exhibit C:    Shareholder Certification executed by Miao; and

Exhibit D:    Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on December 3, 2019, at Calabasas, California.

/s/ Jennifer Pafiti
Jennifer Pafiti

1
DECLARATION IN SUPPORT OF MOTION OF XIANGQUN MIAO FOR CONSOLIDATION, APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL; MEMORANDUM OF POINTS AND AUTHORITIES IN
SUPPORT - 5:19-cv-06348-BLF; 4:19-cv-06360-JSW

PROOF OF SERVICE

I hereby certify that on December 3 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Jennifer Pafiti*
Jennifer Pafiti

DECLARATION IN SUPPORT OF MOTION OF XIANGQUN MIAO FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT - 5:19-cv-06348-BLF; 4:19-cv-06360-JSW