# EXHIBIT A

**Dropbox, Inc. (DBX)**
**Class Period: Pursuant and/or Traceable to IPO on 3/23/2018**
**IPO Price: $21.00/share**

| Plaintiff | Purchase Date* | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 8/30/2019 Closing Price $17.9000 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Miao, Xiangqun | 8/13/2018 | 100 | $33.0200 | ($3,302) | | | | | | | |
| Miao, Xiangqun | 8/13/2018 | 100 | $33.0700 | ($3,307) | | | | | | | |
| Miao, Xiangqun | 8/13/2018 | 3,200 | $33.1200 | ($105,984) | | | | | | | |
| Miao, Xiangqun | 8/15/2018 | 100 | $29.2450 | ($2,925) | | | | | | | |
| Miao, Xiangqun | 8/16/2018 | 100 | $28.3800 | ($2,838) | | | | | | | |
| Miao, Xiangqun | 8/16/2018 | 100 | $28.8071 | ($2,881) | | | | | | | |
| Miao, Xiangqun | 8/20/2018 | 100 | $28.4684 | ($2,847) | | | | | | | |
| Miao, Xiangqun | 8/21/2018 | 100 | $27.1800 | ($2,718) | | | | | | | |
| Miao, Xiangqun | 8/22/2018 | 100 | $26.9300 | ($2,693) | | | | | | | |
| Miao, Xiangqun | 8/28/2018 | 100 | $26.9000 | ($2,690) | | | | | | | |
| Miao, Xiangqun | 9/7/2018 | 100 | $26.2800 | ($2,628) | | | | | | | |
| Miao, Xiangqun | 9/7/2018 | 100 | $26.5627 | ($2,656) | | | | | | | |
| **Miao, Xiangqun** | | **4,300** | | **($137,468)** | | | | | **4,300** | **$76,970** | **($13,330)** |

Damages were calculated for shares retained through the Corrective Disclosure that were purchased in or traceable to the IPO by subtracting:
i) the higher of the closing price the suit was filed ($17.90 on August 30, 2019) and the sale price from,
ii) the lower of the purchase price and the IPO price ($21.00).

*Settlement Dates