**LEVI & KORSINSKY, LLP**
Adam C. McCall (SBN 302130)
Adam M. Apton (SBN 316506)
388 Market Street, Suite 1300
San Francisco, CA 94111
Tel: (415) 373-1671
Email: amccall@zlk.com
Email: aapton@zlk.com

*Attorneys for Movant Ognjen Kuraica*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON MICHAEL DEINNOCENTIS, Individually and on behalf of all others similarly situated, <br><br> Plaintiff <br><br> vs. <br><br> DROPBOX, INC., ANDREW W. HOUSTON, AJAY V. VASHEE, TIMOTHY J. REGAN, ARASH FERDOWSI, ROBERT J. MYLOD, JR., DONALD W. BLAIR, PAUL E. JACOBS, CONDOLEEZZA RICE, R. BRYAN SCHREIER, MARGARET C. WHITMAN, SEQUOIA CAPITAL XII, L.P., SEQUOIA CAPITAL XII PRINCIPALS FUND, LLC, SEQUOIA TECHNOLOGY PARTNERS XII, L.P., and SC XII MANAGEMENT, LLC., <br><br> Defendants. | No. 5:19-cv-06348-BLF <br><br> Hon. Beth Labson Freeman <br><br> **DECLARATION OF ADAM C. MCCALL IN SUPPORT OF OGNJEN KURAICA'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL** <br><br> Date: January 30, 2020 <br> Time: 9:00 a.m. <br> Courtroom: 3-5th Floor |

MCCALL DECLARATION IN SUPPORT OF OGNJEN KURAICA'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL
Nos. 3:19-cv-06348-BLF, 3:19-cv-06360-JSW
1

| | |
|---|---|
| BRYAN PIKAL, Individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>DROPBOX, INC., ANDREW W. HOUSTON, AJAY V. VASHEE, TIMOTHY J. REGAN, ARASH FERDOWSI, ROBERT J. MYLOD, JR., DONALD W. BLAIR, PAUL E. JACOBS, CONDOLEEZZA RICE, R. BRYAN SCHREIER, MARGARET C. WHITMAN, SEQUOIA CAPITAL XII, L.P., SEQUOIA CAPITAL XII PRINCIPALS FUND, LLC, SEQUOIA TECHNOLOGY PARTNERS XII, L.P., SC XII MANAGEMENT, LLC, GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, DEUTSCHE BANK SECURITIES INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, ALLEN & COMPANY LLC, RBC CAPITAL MARKETS, LLC, JEFFERIES LLC, MACQUARIE CAPITAL (USA) INC., CANACCORD GENUITY LLC, JMP SECURITIES LLC, KEYBANC CAPITAL MARKETS INC., and PIPER JAFFRAY & CO.,<br><br>Defendants. | No. 4:19-cv-06360-JSW<br><br>Hon. Jeffrey S. White |

I, Adam C. McCall, hereby declare as follows:

1.   I am an associate at the law firm of Levi & Korsinsky, LLP, counsel for Ognjen Kuraica ("Movant"), and a member in good standing for the bar of the State of California. I respectfully submit this declaration in support of Movant's Motion for Consolidation of the Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel.

2.   Attached hereto as Exhibit A is a true and correct copy of the sworn certification signed by Movant.

MCCALL DECLARATION IN SUPPORT OF OGNJEN KURAICA'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL
Nos. 3:19-cv-06348-BLF, 3:19-cv-06360-JSW
2

3.  Attached hereto as Exhibit B is a true and correct copy of the loss chart detailing the losses sustained by Movant.

4.  Attached hereto as Exhibit C is a true and correct copy of the press release originally published on October 4, 2019, on *Globe Newswire* announcing the pendency of the first-filed securities lawsuit.

5.  Attached hereto as Exhibit D is a true and correct copy of the firm resume of Levi & Korsinsky, LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 3rd day of December, 2019.

/s/ *Adam C. McCall*
Adam C. McCall