# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON MICHAEL DEINNOCENTIS, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DROPBOX, INC., ANDREW W. HOUSTON, AJAY V. VASHEE, TIMOTHY J. REGAN, ARASH FERDOWSI, ROBERT J. MYLOD, JR., DONALD W. BLAIR, PAUL E. JACOBS, CONDOLEEZZA RICE, R. BRYAN SCHREIER, MARGARET C. WHITMAN, SEQUOIA CAPITAL XII, L.P., SEQUOIA CAPITAL XII PRINCIPALS FUND, LLC, SEQUOIA TECHNOLOGY PARTNERS XII, L.P., and SC XII MANAGEMENT, LLC,<br><br>　　　　　Defendants. | Case No. 5:19-cv-06348-BLF<br><br>**[PROPOSED] ORDER** |
| BRYAN PIKAL, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DROPBOX, INC., ANDREW W. HOUSTON, AJAY V. VASHEE, TIMOTHY J. REGAN, ARASH FERDOWSI, ROBERT J. MYLOD, JR., DONALD W. BLAIR, PAUL E. JACOBS, CONDOLEEZZA RICE, R. BRYAN SCHREIER, MARGARET C. WHITMAN, SEQUOIA CAPITAL XII, L.P., SEQUOIA CAPITAL XII PRINCIPALS FUND, LLC, SEQUOIA TECHNOLOGY PARTNERS XII, L.P., SC XII MANAGEMENT, LLC, GOLDMAN SACHS & CO. LLC,<br><br>(Additional Defendants on Next Page) | Case No. 4:19-cv-06360-JSW |

J.P. MORGAN SECURITIES LLC, DEUTSCHE BANK SECURITIES INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, ALLEN & COMPANY LLC, RBC CAPITAL MARKETS, LLC, JEFFERIES LLC, MACQUARIE CAPITAL (USA) INC., CANACCORD GENUITY LLC, JMP SECURITIES LLC, KEYBANC CAPITAL MARKETS INC., and PIPER JAFFRAY & CO.,

Defendants.

Having considered the motion of Rick Gammiere for appointment as lead plaintiff and approval of lead counsel, and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1.    The Motion is GRANTED;

2.    The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re Dropbox Inc. Securities Litigation*, Master File No. 5:19-cv-06348;

3.    The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 77z-1(a)(3)(B), appoints Rick Gammiere as Lead Plaintiff; and

4.    Pursuant to 15 U.S.C. § 77z-1(a)(3)(B)(v), approves Lead Plaintiff's selection of Glancy Prongay & Murray LLP as Lead Counsel for the class.

**SO ORDERED.**

Dated: _____, 2019

_____
HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
Case No. 5:19-cv-06348-BLF                                                                                              1