Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA  90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

[Proposed] Lead Counsel for Plaintiff and Class

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON MICHAEL DEINNOCENTIS, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> DROPBOX, INC., ANDREW W. HOUSTON, AJAY V. VASHEE, TIMOTHY J. REGAN, ARASH FERDOWSI, ROBERT J. MYLOD, JR., DONALD W. BLAIR, PAUL E. JACOBS,CONDOLEEZZA RICE, R. BRYAN SCHREIER, MARGARET C. WHITMAN, SEQUOIA CAPITAL XII, L.P., SEQUOIA CAPITAL XII PRINCIPALS FUND, LLC, SEQUOIA TECHNOLOGY PARTNERS XII, L.P., and SC XII MANAGEMENT, LLC, <br><br> Defendants. | Case No. 5:19-cv-06348-BLF <br><br> **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF THE MOTION OF LUIS CHAVEZ FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL** <br><br> CLASS ACTION <br><br> Judge: Hon. Beth Labson Freeman <br> Hearing Date: January 30, 2020 <br> Time: 9:00 a.m. <br> Ctrm: 3 – 5th Floor |
| BRYAN PIKAL, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> DROPBOX, INC., ANDREW W. HOUSTON, AJAY V. VASHEE, TIMOTHY J. REGAN, ARASH | Case No.: 4:19-cv-06360-JSW <br><br> CLASS ACTION |

1

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF THE MOTION OF LUIS CHAVEZ
FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND
APPROVAL OF LEAD COUNSEL- No. 5:19-cv-06348-BLF

| FERDOWSI, ROBERT J. MYLOD, JR., DONALD W. BLAIR, PAUL E. JACOBS, CONDOLEEZZA RICE, R. BRYAN SCHREIER, MARGARET C. WHITMAN,SEQUOIA CAPITAL XII, L.P., SEQUOIA CAPITAL XII PRINCIPALS FUND, LLC,SEQUOIA TECHNOLOGY PARTNERS XII,L.P., SC XII MANAGEMENT, LLC,  GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, DEUTSCHE BANK SECURITIES INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, ALLEN & COMPANY LLC, RBC CAPITAL MARKETS, LLC, JEFFERIES LLC, MACQUARIE CAPITAL (USA) INC., CANACCORD GENUITY LLC, JMP SECURITIES LLC, KEYBANC CAPITAL MARKETS INC., and PIPER JAFFRAY & CO.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) | |

## DECLARATION OF LAURENCE M. ROSEN

I, Laurence M. Rosen, declare:

1.    I am an attorney duly licensed to practice in the State of California and before this Court. I am the Managing Partner of The Rosen Law Firm, P.A., counsel for Lead Plaintiff Movant Luis Chavez ("Movant"). I make this declaration in support of Movant's motion to consolidate cases and for appointment as Lead Plaintiff and approval of counsel pursuant to Section 27 of the Securities Act of 1933. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2.    Attached hereto are true and correct copies of the following documents:

Exhibit 1:    PSLRA Early Notice;

Exhibit 2:    Movant's PSLRA Certification;

Exhibit 3:    Movant's Loss Chart; and

Exhibit 4:    The Rosen Law Firm, P.A.'s firm resume.

2

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 3rd day of December, 2019.

/s/ Laurence M. Rosen
Laurence M. Rosen

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF THE MOTION OF LUIS CHAVEZ FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL- No. 5:19-cv-06348-BLF

**PROOF OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the Managing Partner of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450 Los Angeles, CA 90071.  I am over the age of eighteen.

On December 3, 2019, I electronically filed the following **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF THE MOTION OF NAND SHARMA FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

I certify under penalty of perjury under the laws of the United States of America that the foregoing in true and correct.

Executed on December 3, 2019.

/s/ Laurence M. Rosen
Laurence M. Rosen

4

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF THE MOTION OF LUIS CHAVEZ
FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND
APPROVAL OF LEAD COUNSEL- No. 5:19-cv-06348-BLF