# EXHIBIT 3

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **Dropbox, Inc. Loss Chart** | | | | | | | | $19.47 |
| | | | | **Class Period: Pursuant and Traceable to the March 23, 2018 IPO** | | | | | | | | |
| Luis Chavez | 10/5/2018 | 4,100 | ($21.00) | ($86,100.00) | | | | | | | | |
| | 11/19/2018 | 4,662 | ($21.00) | ($97,902.00) | | | | | | | | |
| | | 8,762 | | ($184,002.00) | | | | | 8,762 | $170,596.14 | ($13,405.86) | |