**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
388 Market Street, Suite 1300
San Francisco, CA 94111
Tel: (415) 373-1671
Email: amccall@zlk.com
Email: aapton@zlk.com

*Attorneys for Movant Ognjen Kuraica*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON MICHAEL DEINNOCENTIS, Individually and on behalf of all others similarly situated,<br><br>                              Plaintiff<br><br>           vs.<br><br>DROPBOX, INC., ANDREW W. HOUSTON, AJAY V. VASHEE, TIMOTHY J. REGAN, ARASH FERDOWSI, ROBERT J. MYLOD, JR., DONALD W. BLAIR, PAUL E. JACOBS, CONDOLEEZZA RICE, R. BRYAN SCHREIER, MARGARET C. WHITMAN, SEQUOIA CAPITAL XII, L.P., SEQUOIA CAPITAL XII PRINCIPALS FUND, LLC, SEQUOIA TECHNOLOGY PARTNERS XII, L.P., and SC XII MANAGEMENT, LLC.,<br><br>                              Defendants. | No. 5:19-cv-06348-BLF<br><br>Hon. Beth Labson Freeman<br><br>**DECLARATION OF ADAM M. APTON IN SUPPORT OF OGNJEN KURAICA'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO COMPETING MOTIONS FOR LEAD PLAINTIFF**<br><br>Date: January 30, 2019<br>Time: 9:00 a.m.<br>Courtroom: 3-5th Floor |

APTON DECLARATION IN SUPPORT OF OGNJEN KURAICA'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO COMPETING MOTIONS FOR LEAD PLAINTIFF
Nos. 3:19-cv-06348-BLF, 3:19-cv-06360-JSW
1

| | |
|---|---|
| BRYAN PIKAL, Individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>DROPBOX, INC., ANDREW W. HOUSTON, AJAY V. VASHEE, TIMOTHY J. REGAN, ARASH FERDOWSI, ROBERT J. MYLOD, JR., DONALD W. BLAIR, PAUL E. JACOBS, CONDOLEEZZA RICE, R. BRYAN SCHREIER, MARGARET C. WHITMAN, SEQUOIA CAPITAL XII, L.P., SEQUOIA CAPITAL XII PRINCIPALS FUND, LLC, SEQUOIA TECHNOLOGY PARTNERS XII, L.P., SC XII MANAGEMENT, LLC, GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, DEUTSCHE BANK SECURITIES INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, ALLEN & COMPANY LLC, RBC CAPITAL MARKETS, LLC, JEFFERIES LLC, MACQUARIE CAPITAL (USA) INC., CANACCORD GENUITY LLC, JMP SECURITIES LLC, KEYBANC CAPITAL MARKETS INC., and PIPER JAFFRAY & CO.,<br><br>Defendants. | No. 4:19-cv-06360-JSW<br><br>Hon. Jeffrey S. White |

I, Adam M. Apton, hereby declare as follows:

1.   I am a partner at the law firm of Levi & Korsinsky, LLP, counsel for Ognjen Kuraica ("Movant"), and a member in good standing for the bar of the State of California. I respectfully submit this declaration in support of Ognjen Kuraica's Memorandum of Points and Authroties in Opposition to Comepting Motions for Appointment as Lead Plaintff. This declaration is based on my own personal knowledge and/or the firm's records of the matters stated herein and, if called upon, I could and would competently testify thereto.

APTON DECLARATION IN SUPPORT OF OGNJEN KURAICA'S MEMORANDUM OF POINTS AND
AUTHORITIES IN OPPOSITION TO COMPETING MOTIONS FOR LEAD PLAINTIFF
Nos. 3:19-cv-06348-BLF, 3:19-cv-06360-JSW
2

2.  Attached hereto as **Exhibit A** is a true and correct copy of DropBox's Registration Statement and Prospectus filed on Form 424(b) with the SEC on March 23, 2018.

3.  Attached hereto as **Exhibit B** is a true and correct copy of DropBox's Quarterly Report filed on Form 10-Q with the SEC on August 10, 2018.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 17th day of December, 2019.

/s/ *Adam M. Apton*
Adam M. Apton