Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff Pikal*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON MICHAEL DEINNOCENTIS, Individually and on Behalf of All Others Similarly Situated, | Case No.: 5:19-cv-06348-BLF |
| Plaintiff, | **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER SECURITIES CLASS ACTIONS SHOULD BE RELATED** |
| v. | |
| DROPBOX, INC., ANDREW W. HOUSTON, AJAY V. VASHEE, TIMOTHY J. REGAN, ARASH FERDOWSI, ROBERT J. MYLOD, JR., DONALD W. BLAIR, PAUL E. JACOBS, CONDOLEEZZA RICE, R. BRYAN SCHREIER, MARGARET C. WHITMAN, SEQUOIA CAPITAL XII, L.P., SEQUOIA CAPITAL XII PRINCIPALS FUND, LLC, SEQUOIA TECHNOLOGY PARTNERS XII, L.P., and SC XII MANAGEMENT, LLC, | Date Filed: October 4, 2019 Judge: Beth Labson Freeman |
| Defendants. | |

[Caption continued on next page]

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER SECURITIES CLASS ACTIONS SHOULD BE RELATED

BRYAN PIKAL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

    Plaintiff,

    v.

DROPBOX, INC., ANDREW W. HOUSTON, AJAY V. VASHEE, TIMOTHY J. REGAN, ARASH FERDOWSI, ROBERT J. MYLOD, JR., DONALD W. BLAIR, PAUL E. JACOBS, CONDOLEEZZA RICE, R. BRYAN SCHREIER, MARGARET C. WHITMAN, SEQUOIA CAPITAL XII, L.P., SEQUOIA CAPITAL XII PRINCIPALS FUND, LLC, SEQUOIA TECHNOLOGY PARTNERS XII, L.P., SC XII MANAGEMENT, LLC, GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, DEUTSCHE BANK SECURITIES INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, ALLEN & COMPANY LLC, RBC CAPITAL MARKETS, LLC, JEFFERIES LLC, MACQUARIE CAPITAL (USA) INC., CANACCORD GENUITY LLC, JMP SECURITIES LLC, KEYBANC CAPITAL MARKETS INC., and PIPER JAFFRAY & CO.,

    Defendants.

Case No.: 4:19-cv-06360-JSW

Date Filed: October 4, 2019
Judge: Jeffrey S. White

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER SECURITIES CLASS ACTIONS SHOULD BE RELATED

I, Laurence M. Rosen, hereby declares as follows:

1.    I am an attorney duly licensed to practice before all of the courts of the State of California and this Court. I am the Managing Partner of The Rosen Law Firm, P.A., counsel for plaintiff Bryan Pikal ("Pikal"). I submit this declaration in support of the Administrative Motion to Consider Whether Securities Class Actions Should Be Related (the "Administrative Motion"). I have knowledge of the matters stated herein and, should I be called upon, I could and would competently testify thereto.

2.    My firm contacted counsel for defendants regarding this Administration Motion. Wilson Sonsini Goodrich & Rosati ("Wilson Sonsini"), which represents Defendants Dropbox, Inc., Andrew W. Houston, Ajay V. Vashee, Timothy J. Regan, Arash Ferdowsi, Robert J. Mylod, Jr., Donald W. Blair, Paul E. Jacobs, Condoleezza Rice, R. Bryan Schreier, and Margaret C. Whitman (the "Dropbox Defendants") in the first filed action, *Deinnocentis v. Dropbox, Inc., et al.*, Case No. 5:19-cv-06348-BLF (N.D. Cal.) ("*Deinnocentis* Action"). Wilson Sonsini said the Dropbox Defendants were not yet served in the action *Pikal v. Dropbox, Inc., et al.,* Case No. 4:19-cv-06360-JSW (N.D. Cal.) ("*Pikal* Action"), but had they been, they would not oppose the relief requested in the Administrative Motion. Since conferring with Wilson Sonsini, Dropbox, Inc. was served with process on January 3, 2020. *See Pikal* Action, Dkt. No. 11.

3.    Similarly, my firm contacted Quinn Emanuel Urquhart Sullivan LLP ("Quinn Emanuel"), which represents Defendants Sequoia Capital XII, L.P., Sequoia Capital XII Principals Fund, LLC, Sequoia Technology Partners XII, L.P., and SC XII Management, LLC (the "Sequoia Capital Defendants") in the *Deinnocentis* Action. Quinn Emanuel said that the Sequoia Capital Defendants were not yet served in the *Pikal* Action, but had they been served, they would not oppose the relief requested in the Administrative Motion.

4.    My firm contacted O'Melveny & Myers ("O'Melveny") which represents Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, Deutsche Bank Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Allen & Company LLC, RBC Capital Markets, LLC, Jefferies LLC, Macquarie Capital (USA) Inc., Canaccord Genuity LLC, JMP Securities LLC, Keybanc Capital Markets INC., and Piper Jaffray & Co. (the "Underwriter Defendants") in similar actions pending in the Superior Court of California, San Mateo County. O'Melveny has stated that they will be representing the

Underwriter Defendants in this action but are discussing with their clients whether they are authorized to accept service on behalf of the Underwriter Defendants. O'Melveny has not taken a position on the relief requested in this Administrative Motion.

5.      I submit this Declaration in lieu of a stipulation to the same effect.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of January, 2020.

/s/ Laurence M. Rosen
Laurence M. Rosen

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER SECURITIES CLASS ACTIONS SHOULD BE RELATED

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the Electronic Mail Notice for this action.

**THE ROSEN LAW FIRM, P.A.**

/s/Laurence M. Rosen
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff Pikal*

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF ADMINISTRATIVE MOTION TO
CONSIDER WHETHER SECURITIES CLASS ACTIONS SHOULD BE RELATED