**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASON MICHAEL DEINNOCENTIS, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        v.<br><br>DROPBOX, INC., ANDREW W. HOUSTON, AJAY V. VASHEE, TIMOTHY J. REGAN, ARASH FERDOWSI, ROBERT J. MYLOD, JR., DONALD W. BLAIR, PAUL E. JACOBS, CONDOLEEZZA RICE, R. BRYAN SCHREIER, MARGARET C. WHITMAN, SEQUOIA CAPITAL XII, L.P., SEQUOIA CAPITAL XII PRINCIPALS FUND, LLC, SEQUOIA TECHNOLOGY PARTNERS XII, L.P., and SC XII MANAGEMENT, LLC,<br><br>        Defendants. | Case No.: 5:19-cv-06348-BLF<br><br><br>**[PROPOSED] ORDER RELATING SECURITIES CLASS ACTIONS**<br><br><br>Date Filed: October 4, 2019<br>Judge: Beth Labson Freeman |

[Caption continued on next page]

[PROPOSED] ORDER RELATING SECURITIES CLASS ACTIONS

BRYAN PIKAL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

      Plaintiff,

      v.

DROPBOX, INC., ANDREW W. HOUSTON, AJAY V. VASHEE, TIMOTHY J. REGAN, ARASH FERDOWSI, ROBERT J. MYLOD, JR., DONALD W. BLAIR, PAUL E. JACOBS, CONDOLEEZZA RICE, R. BRYAN SCHREIER, MARGARET C. WHITMAN, SEQUOIA CAPITAL XII, L.P., SEQUOIA CAPITAL XII PRINCIPALS FUND, LLC, SEQUOIA TECHNOLOGY PARTNERS XII, L.P., SC XII MANAGEMENT, LLC, GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, DEUTSCHE BANK SECURITIES INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, ALLEN & COMPANY LLC, RBC CAPITAL MARKETS, LLC, JEFFERIES LLC, MACQUARIE CAPITAL (USA) INC., CANACCORD GENUITY LLC, JMP SECURITIES LLC, KEYBANC CAPITAL MARKETS INC., and PIPER JAFFRAY & CO.,

      Defendants.

Case No.: 4:19-cv-06360-JSW

Date Filed: October 4, 2019
Judge: Jeffrey S. White

[PROPOSED] ORDER RELATING SECURITIES CLASS ACTIONS

Upon consideration of Plaintiff Bryan Pikal's Administrative Motion to Consider Whether Securities Class Actions Should be Related pursuant to Civ. Loc. R. 3-12, the Court, HEREBY ORDERS as follows:

1. The securities class action *Pikal v. Dropbox, Inc., et al.*, Case No. 3:19-cv-06360 (N.D. Cal.) ("*Pikal* Action") is deemed related to *Deinnocentis v. Dropbox, Inc., et al.*, Case No. 5:19-cv-06348-BLF (N.D. Cal.) ("*Deinnocentis* Action").

2. The *Pikal* Action is hereby reassigned to Judge Beth Labson Freeman.

3. Pursuant to Civ. Loc. R. 3-12(g), the Initial Case Management Conferences currently scheduled in the *Pikal* Action will be rescheduled by this Court, and the parties shall adjust the dates for the conference, disclosures, and report required by Fed. R. Civ. P. 16 and 26 accordingly.

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RELATING SECURITIES CLASS ACTIONS