Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff Chavez and*
*Additional Counsel for the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DROPBOX, INC. SECURITIES LITIGATION | Case No: 5:19-cv-06348-BLF |
| | Hon. Beth Labson Freeman |
| | <u>CLASS ACTION</u> |
| | **PLAINTIFF LUIS CHAVEZ'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

PLEASE TAKE NOTICE that Plaintiff Luis Chavez ("Plaintiff"), by and through his undersigned counsel, hereby voluntarily dismisses his claims in the above-captioned action without prejudice as to Plaintiff only, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. No defendant has served an answer to the complaint nor moved for summary judgment.

Dated:  April 8, 2020                    Respectfully submitted,

                                         **THE ROSEN LAW FIRM, P.A.**

                                         /s/ Laurence Rosen, Esq.
                                         Laurence M. Rosen, Esq. (SBN 219683)
                                         355 South Grand Avenue, Suite 2450
                                         Los Angeles, CA 90071
                                         Telephone: (213) 785-2610
                                         Facsimile: (213) 226-4684
                                         Email: lrosen@rosenlegal.com

                                         *Counsel for Plaintiff Chavez and*
                                         *Additional Counsel for the Class*

1

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On April 8, 2020, I electronically filed the following **PLAINTIFF LUIS CHAVEZ'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on April 8, 2020.

/s/ Laurence Rosen
Laurence M. Rosen

PLAINTIFF LUIS CHAVEZ'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
No. 5:19-cv-06348-BLF