**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
388 Market Street, Suite 1300
San Francisco, CA 94111
Telephone: (415) 373-1671
Email: aapton@zlk.com

*Attorneys for Lead Plaintiff Ognjen Kuraica*
*and Lead Counsel for the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DROPBOX, INC. SECURITIES LITIGATION | Case No. 5:19-cv-06348-BLF |
| | <u>CLASS ACTION</u> |
| | **DECLARATION OF ADAM M. APTON IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS** |
| | September 24, 2020 9:00 a.m. Hon. Beth Labson Freeman San Jose Courthouse, Courtroom 3 |
| This Document Relates To: All Actions | |

DECL. OF ADAM M. APTON IN SUPPORT OF PLAINTIFFS'
OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS
Case No. 5:19-cv-06348-BLF

I, Adam M. Apton, hereby declare:

1.    I am an attorney duly licensed to practice in the State of California and before this Court. I am a partner at the law firm of Levi & Korsinsky, LLP, counsel for Lead Plaintiff Ognjen Kuraica and Lead Counsel for the Class in the above-captioned action. I submit this Declaration in support of Plaintiffs' Omnibus Opposition To Defendants' Motions To Dismiss the Consolidated Class Action Complaint (the "Motion"). I have personal knowledge of the facts set forth herein and can testify competently thereto.

2.    Attached hereto as Exhibit 1 is a true and correct copy D.A. Davidson & Co.'s report on Dropbox Inc., dated November 8, 2019.

I declare under penalty of perjury under the laws of the United States, that to the best of my knowledge, the foregoing is true and correct.

Executed this 13th day of July 2020, in San Francisco, California

/s/ Adam M. Apton
Adam M. Apton

DECL. OF ADAM M. APTON IN SUPPORT OF PLAINTIFFS'
OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS
Case No. 5:19-cv-06348-BLF                    1