# EXHIBIT 1


# D|A DAVIDSON

# Dropbox, Inc.
DBX - NASDAQ

**Institutional Equity Research**

November 8, 2019

## No Deceleration Here, as Dropbox Posts A Real Beat-and-Raise

*DBX reported a solid 3Q, marked by stable revenue growth, the first in at least 11 quarters. Shares were volatile AMC (up 5%/down 4%). 4Q guidance also implies growth will remain stable, which is important given investor concerns around continued deceleration. In addition, while numbers benefit from recent price increases, the impact of the new Dropbox doesn't show up in financials until 2H20, which could potentially reaccelerate growth (early indications have been positive, including a large deployment at Trivago).*

- **We maintain our BUY rating and $30 price target on Dropbox, Inc.** after the company reported a strong 3Q, with revenue of $428M, up 19% Y/Y (up 20% Y/Y on a constant currency basis), above consensus of $423M, and non-GAAP EPS of $0.13, versus consensus of $0.11. Shares were volatile in the aftermarket, trading as high as up 5% and as low as down 4%.

- **Most importantly, this was the first quarter (in at least 11 quarters) where growth did not decelerate,** as growth was in line with 2Q's 20% Y/Y growth (constant currency). In addition, 4Q guidance implies that growth will be in line with 3Q (at the high end). Dropbox is getting some benefit from the recent pricing increase of the Plus SKU.

- **The continued deceleration** has been an ongoing concern for investors and we believe stable revenue growth can help assuage investor fears of commoditization.

- **In addition, the impact of the new Dropbox isn't expected to show up in financials** until 2H20. If the product vision of the new Dropbox is successful (greater conversions, lower churn), then growth could even reaccelerate.

- **Management is seeing positive early indications** for the new Dropbox, including Trivago, which rolled out the new Dropbox across its employee base.

- **Dropbox is seeing fewer users than expected adopting annual plans** (in spite of annual plans offering a discount), which serves as a headwind to billings and cash flow. Interestingly, New Relic (NEWR) pointed out the same dynamic in its earnings call two days ago. We wonder if this is a potentially more widespread trend among SaaS companies.

- **Stepping back, we remain positive on the new Dropbox** and believe there is potential to reaccelerate growth. In addition, we believe the current valuation represents an attractive risk-reward trade-off.

- **At the aftermarket price of ~$21/share, Dropbox trades at 16x EV/2021E FCF,** while our $30 price target implies a 23x multiple, a discount to the high-growth peer group.

## Buy

| Price Target | **$30.00** |
|---|---|
| Price (11/7/19) | $20.96 |
| Industry | TECHNOLOGY |

### Valuation & Performance
| | |
|---|---|
| Total Debt/Total Capital | 20.7% |
| Cash per share (9/30/19) | $1.05 |
| BV Per Share (9/30/19) | $1.80 |
| Dividend | $0.00 (0.0%) |
| Return on Equity (T-T-M) | NA |

### Trading Data
| | |
|---|---|
| Shares Outstanding (M) | 418.7 |
| Market Capitalization ($M) | $8,776.0 |
| 52-week range | $17.20 - $27.15 |
| Avg. Volume (3-mth.) (K) | 3,499.6 |

### Rishi N. Jaluria
SVP, Senior Research Analyst
503-603-3039
rjaluria@dadco.com

### Hannah Rudoff
Research Associate
503-603-3018
hrudoff@dadco.com

### Company Description
San Francisco, CA – Founded in 2007, Dropbox is a leading provider of cloud content management solutions, counting 14M paying users and over 600M registered users.

| FY (Dec) | | 2018A | 2019E | Previous | *Cons.* | 2020E | Previous | *Cons.* |
|---|---|---|---|---|---|---|---|---|
| **EPS** | Q1 (Mar) | $0.08 | **$0.10A** | - | *$0.10* | **$0.11E** | NC | *$0.12* |
| | Q2 (Jun) | $0.11 | **$0.10A** | - | *$0.10* | **$0.12E** | NC | *$0.13* |
| | Q3 (Sep) | $0.11 | **$0.13A** | $0.11 | *$0.13* | **$0.15E** | $0.14 | *$0.15* |
| | Q4 (Dec) | $0.10 | **$0.14E** | $0.13 | *$0.13* | **$0.18E** | $0.15 | *$0.16* |
| | | $0.40 | **$0.48E** | $0.44 | *$0.44* | **$0.56E** | $0.53 | *$0.57* |
| *Price/EPS* | | *52.1x* | *44.1x* | | | *37.6x* | | |
| **Revenue** | Q1 (Mar) | $316.3 | **$385.6A** | - | *$385.6* | **$447.3E** | $446.6 | *$449.4* |
| **($M)** | Q2 (Jun) | $339.2 | **$401.5A** | - | *$401.5* | **$460.5E** | $460.9 | *$464.7* |
| | Q3 (Sep) | $360.3 | **$428.2A** | $422.6 | *$428.2* | **$487.6E** | $479.5 | *$483.4* |
| | Q4 (Dec) | $375.9 | **$443.2E** | $441.1 | *$442.0* | **$505.8E** | $506.0 | *$501.2* |
| | | $1,391.7 | **$1,658.5E** | $1,650.8 | *$0.0* | **$1,901.2E** | $1,893.0 | *$1,895.4* |
| *EV/Sales* | | *5.7x* | *4.8x* | | | *4.2x* | | |

Non-GAAP EPS

### Price Performance
NASDAQ: DBX



Created by BlueMatrix

**Please refer to pages 11 - 12 of this report for detailed disclosure and certification information.**

**D.A. Davidson & Co. Member SIPC**

**HIGHLIGHTS**

- Dropbox reported a strong quarter. Revenue was $428M, up 19% Y/Y or up 20% Y/Y on a constant currency basis (Davidson: $423M, consensus: $423M, guidance: $421M-$424M). The revenue upside was driven by both paying user growth and ARPU expansion.

- Dropbox added 300K paying users in the quarter (Davidson: 250K, consensus: 280K). Dropbox ended the quarter with 14.0M paying users, up 14% Y/Y.

- ARPU was $123.15, up 3.8% Y/Y (Davidson: $122.16, consensus: $122.25). Y/Y ARPU expansion was driven by: 1) the adoption of premium plans (Professional and Advanced) by new paying users, and 2) the repricing and repackaging of the Plus SKU (we note that the price of the Plus plan was raised by ~20% in June).

- Management noted that the Plus plan repricing and repackaging has driven healthy conversion to that plan and retention levels above what management expected (i.e. lower churn than expected). CFO Ajay Vashee noted that the repricing and repackaging should be a slight headwind to net new paying user growth over the next couple of quarters, and has served and should continue to serve as a strong tailwind to revenue.

- ARR for 3Q was $1.77B, up from ARR of $1.65B in 2Q. Management noted that annualized net retention rate (ANRR) was consistent with 2Q – in mid-90s).

- Calculated billings was $452M, up 21% Y/Y (Davidson: $433M, consensus: $440M), with strong deferred revenue driven by the Plus subscribers renewing and aided partially by large deals closed in the quarter. Management reiterated that billings and deferred revenue are related to revenue growth but not predictive of revenue, noting that deferred revenue balance is highly sensitive to the mix between monthly and annual subscribers and that billings is more sensitive to FX movements than revenue is. Management noted that it is seeing less of its overall install base moving from a monthly billing cycle to an annual billing cycle (in spite of annual plans offering a discount), which serves as a tailwind to revenue, but a headwind to billings and cash flow.

- Non-GAAP gross margin was 76.7% (Davidson: 75.5%, consensus: 75.7%), up 87 basis points Y/Y, driven by unit cost efficiency gains from its infrastructure hardware. This benefit was partially offset by investments in customer support teams. 4Q gross margins are expected to be roughly consistent with that of 3Q, according to management.

- Non-GAAP operating margin was 13.1% (Davidson: 11.8%, consensus: 11.8%, guidance: 11%-12%), up 29 basis points Y/Y, leading to non-GAAP EPS of $0.13 (Davidson: $0.11, consensus: $0.11). The operating margin faced a 2-point headwind from Dropbox's dual rent expenses (for its new and old headquarters) and expenses related to HelloSign and the associated purchase accounting write-down of deferred revenue. Management noted that 3Q was the final quarter in which Dropbox incurred overlapping facilities related expenses for both its new and old HQ.

- In terms of cash flow, operating cash flow was $150M (Davidson: $130M, consensus: $135M), while free cash flow (including capital lease payments) was $81M (Davidson: $69M, consensus: $71M) and free cash flow (excluding capital lease payments) was $103M (Davidson: $95M, consensus: $97M).

- The report we published following Dropbox's user conference and Analyst Day covers many of the announcements made in 3Q around product updates and newly introduced capabilities, such as Dropbox Spaces (part of the new Dropbox), smart image search, and file previews. Additionally, in 3Q, Dropbox launched support for Microsoft Teams, launched 12 new partner apps (e.g. Gmail, WeVideo, Notarize), and introduced a new partnership with BetterCloud for data protection and orchestration.

- CEO Drew Houston noted that Slack and the new Dropbox are "complementary use cases in many ways," stating that Dropbox is where users come to organize content while tools like Slack and Teams are for the messaging part of the collaborative process. Mr. Houston also highlighted that Dropbox allows users to work across both the Microsoft ecosystem and the G Suite ecosystem, and brings together multiple communication tools.

- Management noted that it is seeing solo users take more collaborative actions on the new Dropbox (e.g. leaving a comment), which leads to improved conversion and retention.

- In 3Q, Dropbox had customer wins across many verticals, including technology, retail, government, and healthcare; management called out wins at the Massachusetts Department of Transportation and Toda Construction (a Japanese construction firm).

- For 4Q, Dropbox guided to revenue of $442M-$444M, up 18x% Y/Y (prior Davidson: $441M, prior consensus: $442M), and non-GAAP operating margins of 14%-15% (prior Davidson: 14.2%, prior consensus: 14.2%).

- For 2019, Dropbox raised guidance now expects revenue of $1.657B-$1.659B, up 19% Y/Y (prior Davidson: $1.651B, prior consensus: $1.652B, prior guidance: $1.648B-$1.654B), and non-GAAP operating margins of approximately 12% (prior Davidson: 11.6%, prior consensus: 11.6%, prior guidance: 11%-12%). Free cash flow guidance was reiterated at $375M-$385M (Davidson: $382M), with management expecting to come in around the midpoint of that range.

**THE NUMBERS**

Figure 1 shows Dropbox's revenue growth rates since 2017.

**Figure 1: Revenue Growth (%, Y/Y), 1Q17-3Q19**



*Source: D.A. Davidson & Co., Company Filings*

Figure 2 shows Dropbox's paying users since 2017. We note that 1Q19 includes the addition of 100K paying users from the HelloSign acquisition.

**Figure 2: Paying Users (Thousands), 1Q17-3Q19**



*Source: D.A. Davidson & Co., Company Filings*

Figure 3 shows Dropbox's ARPU since 2017.

**Figure 3: Average Revenue Per Paying User ($), 1Q17-3Q19**



*Source: D.A. Davidson & Co., Company Filings*

**D.A. Davidson & Co.**

Figure 4 shows Dropbox's non-GAAP gross margins since 2017.



**Figure 4: Non-GAAP Gross Margin (%), 1Q17-3Q19**

Source: D.A. Davidson & Co., Company Filings

Figure 5 shows our updated estimates matrix.

**Figure 5: Estimates Matrix ($, millions, except per share)**

| | Davidson Old | 3Q19 Actual | Consensus | Guidance |
|---|---|---|---|---|
| Revenue | 423 | 428 | 423 | 421-424 |
| *YoY Growth (%)* | 17% | 19% | 18% | 17%-18% |
| Billings | 433 | 452 | 440 | |
| Non-GAAP Gross Margin | 75.5% | 76.7% | 75.7% | |
| Non-GAAP Operating Income | 49.9 | 56.0 | 49.9 | |
| *Margin* | 11.8% | 13.1% | 11.8% | 11%-12% |
| Non-GAAP EPS | 0.11 | 0.13 | 0.11 | |
| Operating Cash Flow | 130 | 150 | 135 | |
| FCF (conventional) | 95 | 103 | 97 | |
| FCF (incl. Capital Lease Payments) | 69 | 81 | 71 | |
| Customer Adds | 250 | 300 | 280 | |
| ARPU ($) | $122.16 | $123.15 | $122.25 | |
| Ending Deferred Revenue | 527 | 541 | 528 | |

| | Davidson Old | 4Q19 Davidson New | Consensus | Guidance |
|---|---|---|---|---|
| Revenue | 441 | 443 | 442 | 442-444 |
| *YoY Growth (%)* | 17% | 18% | 18% | 18% |
| Billings | 451 | 453 | | |
| Non-GAAP Gross Margin | 75.5% | 76.7% | 75.8% | |
| Non-GAAP Operating Income | 62.6 | 64.3 | 62.8 | |
| *Margin* | 14.2% | 14.5% | 14.2% | 14%-15% |
| Non-GAAP EPS | 0.13 | 0.14 | 0.13 | |
| Operating Cash Flow | 193 | 184 | 181 | |
| FCF (conventional) | 158 | 149 | 152 | |
| FCF (incl. Capital Lease Payments) | 132 | 114 | | |
| Customer Adds | 300 | 160 | | |
| ARPU ($) | $124.99 | $124.87 | | |
| Ending Deferred Revenue | 537 | 551 | | |

| | Davidson Old | 2019 Davidson New | Consensus | Guidance Old | Guidance New |
|---|---|---|---|---|---|
| Revenue | 1,651 | 1,658 | 1,652 | 1,648-1,654 | 1,657-1,659 |
| *YoY Growth (%)* | 19% | 19% | 19% | 18%-19% | 19% |
| Billings | 1,703 | 1,725 | | | |
| *YoY Growth (%)* | 17% | 18% | | | |
| Non-GAAP Operating Income | 192.0 | 199.8 | 191.8 | | |
| *Margin* | 11.6% | 12.0% | 11.6% | 11%-12% | ~12% |
| Operating Cash Flow | 515 | 525 | 467 | | |
| FCF (conventional) | 382 | 380 | 391 | 375-385 | ~midpoint of 375-385 |
| FCF (incl. Capital Lease Payments) | 279 | 273 | | | |
| Non-GAAP EPS | 0.44 | 0.48 | 0.44 | | |

| | Davidson Old | 2020 Davidson New | Consensus |
|---|---|---|---|
| Revenue | 1,893 | 1,901 | 1,895 |
| *YoY Growth (%)* | 15% | 15% | 15% |
| Billings | 1,978 | 1,986 | |
| *YoY Growth (%)* | 16% | 15% | |
| Non-GAAP Operating Income | 273.2 | 275.3 | 270.9 |
| *Margin* | 14.4% | 14.5% | 14.3% |
| Operating Cash Flow | 613 | 499 | 573 |
| FCF (conventional) | 553 | 439 | 523 |
| FCF (incl. Capital Lease Payments) | 433 | 319 | |
| Non-GAAP EPS | 0.53 | 0.56 | 0.57 |

| | Davidson Old | 2021 Davidson New | Consensus |
|---|---|---|---|
| Revenue | | 2,145 | 2,120 |
| *YoY Growth (%)* | | 13% | 12% |
| Billings | | 2,247 | |
| *YoY Growth (%)* | | 13% | |
| Non-GAAP Operating Income | | 330.4 | 338.0 |
| *Margin* | | 15.4% | 15.9% |
| Operating Cash Flow | | 680 | 708 |
| FCF (conventional) | | 620 | 569 |
| FCF (incl. Capital Lease Payments) | | 500 | |
| Non-GAAP EPS | | 0.63 | 0.68 |

*Source: D.A. Davidson & Co., FactSet, S&P Capital IQ, Company Filings*

Figure 6 shows our valuation matrix.

**Figure 6: Valuation Matrix ($, thousands, except per share)**

|  | CY18A | CY19E | CY20E | CY21E | NTM |
|---|---|---|---|---|---|
| **Revenue Valuation** |  |  |  |  |  |
| **Revenue** | 1,391,700 | 1,658,465 | 1,901,226 | 2,145,150 | 1,838,604 |
| *YoY Growth* | *26%* | *19%* | *15%* | *13%* |  |
|  |  |  |  |  |  |
| EV/Revenue | 5.6x | 4.7x | 4.1x | 3.7x | 4.3x |
| Target EV/Revenue | 8.4x | 7.1x | 6.2x | 5.5x | 6.4x |
|  |  |  |  |  |  |
| **Profitability Valuation** |  |  |  |  |  |
| **FCF (inc. capital lease)** | 286,200 | 342,159 | 339,335 | 500,444 | 360,081 |
| *Margin (%)* | *21%* | *21%* | *18%* | *23%* | *20%* |
| **EBITDA** | 336,800 | 374,259 | 455,335 | 330,444 | 428,081 |
| *Margin (%)* | *24%* | *23%* | *24%* | *15%* | *23%* |
| **Non-GAAP EPS** | 0.40 | 0.48 | 0.56 | 0.63 | 0.52 |
|  |  |  |  |  |  |
| EV/FCF | 27.4x | 22.9x | 23.1x | 15.7x | 21.8x |
| Target EV/FCF | 41.0x | 34.3x | 34.6x | **23.4x** | 32.6x |
|  |  |  |  |  |  |
| EV/EBITDA | 23.3x | 20.9x | 17.2x | 23.7x | 18.3x |
| Target EV/EBITDA | 34.8x | 31.3x | 25.8x | 35.5x | 27.4x |

*Source: D.A. Davidson & Co., Company Filings*

6

**D.A. Davidson & Co.**

### Revenue Drivers

FY Ending Dec 31

($, in thousands, except per share data)

| | 2015A | 2016A | 2017A | Q1A Mar | Q2A Jun | Q3A Sep | Q4A Dec | 2018A | Q1A Mar | Q2A Jun | Q3A Sep | Q4E Dec | 2019E | Q1E Mar | Q2E Jun | Q3E Sep | Q4E Dec | 2020E | Q1E Mar | Q2E Jun | Q3E Sep | Q4E Dec | 2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | 603,800 | 844,800 | 1,106,800 | 316,300 | 339,200 | 360,300 | 375,900 | 1,391,700 | 385,600 | 401,500 | 428,200 | 443,165 | 1,658,465 | 447,327 | 460,473 | 487,638 | 505,788 | 1,901,226 | 503,233 | 523,132 | 549,553 | 569,232 | 2,145,150 |
| *YoY Growth* | | *40%* | *31%* | *28%* | *27%* | *26%* | *23%* | *26%* | *22%* | *18%* | *19%* | *18%* | *19%* | *16%* | *15%* | *14%* | *14%* | *15%* | *12%* | *14%* | *13%* | *13%* | *13%* |
| *YoY Growth (CC)* | | | | | | | | | | *20%* | *20%* | *19%* | *20%* | | | | | | | | | | |
| *Sequential Growth* | | | | *4%* | *7%* | *6%* | *4%* | | *3%* | *4%* | *7%* | *3%* | | *1%* | *3%* | *6%* | *4%* | | *-1%* | *4%* | *5%* | *4%* | |
| **Paying Users** | 6,500 | 8,800 | 11,000 | 11,500 | 11,900 | 12,300 | 12,700 | 12,700 | 13,200 | 13,600 | 14,000 | 14,160 | 14,160 | 14,535 | 14,885 | 15,235 | 15,575 | 15,575 | 15,875 | 16,175 | 16,475 | 16,775 | 16,775 |
| *YoY Growth* | *59%* | *35%* | *25%* | *24%* | *20%* | *18%* | *15%* | *15%* | *15%* | *14%* | *14%* | *11%* | *11%* | *10%* | *9%* | *9%* | *10%* | *10%* | *9%* | *9%* | *8%* | *8%* | *8%* |
| Net Adds | 2,400 | 2,300 | 2,200 | 500 | 400 | 400 | 400 | 1,700 | 400 | 400 | 300 | 160 | 1,160 | 375 | 350 | 350 | 340 | 1,415 | 300 | 300 | 300 | 300 | 1,200 |
| *YoY Growth* | | *-4%* | *-4%* | *0%* | *-33%* | *-20%* | *-33%* | *-23%* | *-20%* | *-25%* | *-25%* | *-60%* | *-32%* | *-6%* | *17%* | *17%* | *113%* | *22%* | *-20%* | *-14%* | *-14%* | *-12%* | *-15%* |
| ARPU ($) | 113.54 | 110.54 | 111.91 | 114.30 | 116.66 | 118.60 | 119.61 | 117.64 | 121.04 | 120.48 | 123.15 | 124.87 | 123.49 | 125.40 | 125.90 | 128.81 | 130.62 | 127.88 | 129.79 | 130.94 | 133.56 | 135.84 | 132.62 |
| *YoY Growth* | | *-2.6%* | *1.2%* | *3.2%* | *4.9%* | *5.8%* | *5.5%* | *5.1%* | *5.9%* | *3.3%* | *3.8%* | *4.4%* | *5.0%* | *3.6%* | *4.5%* | *4.6%* | *4.6%* | *3.6%* | *3.5%* | *4.0%* | *3.7%* | *4.0%* | *3.7%* |
| *Sequential Growth* | | | | *1%* | *2%* | *2%* | *1%* | | *1%* | *0%* | *2%* | *1%* | | *0%* | *0%* | *2%* | *1%* | | *-1%* | *1%* | *2%* | *2%* | |
| Average Paying Users | 5,318 | 7,642 | 9,890 | 11,250 | 11,700 | 12,100 | 12,500 | 11,850 | 12,950 | 13,400 | 13,800 | 14,080 | 13,430 | 14,348 | 14,710 | 15,060 | 15,405 | 14,868 | 15,725 | 16,025 | 16,325 | 16,625 | 16,175 |
| *YoY Growth* | | *44%* | *29%* | *24%* | *22%* | *19%* | *17%* | *20%* | *15%* | *15%* | *14%* | *13%* | *13%* | *11%* | *10%* | *9%* | *9%* | *11%* | *10%* | *9%* | *8%* | *8%* | *9%* |
| Total Users | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 600,000 | 600,000 | 600,000 | 575,000 | 600,000 | 600,000 | 600,000 | 600,000 | 600,000 | 625,000 | 625,000 | 625,000 | 625,000 | 625,000 |
| % of Users Paying | 1.4% | 1.8% | 2.2% | 2.3% | 2.4% | 2.5% | 2.5% | 2.5% | 2.6% | 2.3% | 2.3% | 2.4% | 2.5% | 2.4% | 2.5% | 2.5% | 2.6% | 2.6% | 2.5% | 2.6% | 2.6% | 2.7% | 2.7% |

**Revenue by Geography**

| | 2015A | 2016A | 2017A | Q1A Mar | Q2A Jun | Q3A Sep | Q4A Dec | 2018A | Q1A Mar | Q2A Jun | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| United States | 326,100 | 455,900 | 575,700 | 161,600 | 172,400 | 182,600 | 189,900 | 706,500 | 197,100 | 205,500 | | | | | | | | | | | | | |
| *% of Total* | *54%* | *54%* | *52%* | *51%* | *51%* | *51%* | *51%* | *51%* | *51%* | *51%* | | | | | | | | | | | | | |
| *YoY Growth* | | *40%* | *26%* | *24%* | *22%* | *25%* | *20%* | *23%* | *22%* | *19%* | | | | | | | | | | | | | |
| *Sequential Growth* | | | | *2%* | *7%* | *6%* | *4%* | | *4%* | *4%* | | | | | | | | | | | | | |
| International | 277,700 | 388,900 | 531,100 | 154,700 | 166,800 | 177,700 | 186,000 | 685,200 | 188,500 | 196,000 | | | | | | | | | | | | | |
| *% of Total* | *46%* | *46%* | *48%* | *49%* | *49%* | *49%* | *49%* | *49%* | *49%* | *49%* | | | | | | | | | | | | | |
| *YoY Growth* | | *40%* | *37%* | *31%* | *34%* | *26%* | *26%* | *29%* | *22%* | *18%* | | | | | | | | | | | | | |
| *Sequential Growth* | | | | *5%* | *8%* | *7%* | *5%* | | *1%* | *4%* | | | | | | | | | | | | | |

| | 2015A | 2016A | 2017A | Q1A Mar | Q2A Jun | Q3A Sep | Q4A Dec | 2018A | Q1A Mar | Q2A Jun | Q3A Sep | Q4E Dec | 2019E | Q1E Mar | Q2E Jun | Q3E Sep | Q4E Dec | 2020E | Q1E Mar | Q2E Jun | Q3E Sep | Q4E Dec | 2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | | 844,800 | 1,106,800 | 316,300 | 339,200 | 360,300 | 375,900 | 1,391,700 | 385,600 | 401,500 | 428,200 | 443,165 | 1,658,465 | 447,327 | 460,473 | 487,638 | 505,788 | 1,901,226 | 503,233 | 523,132 | 549,553 | 569,232 | 2,145,150 |
| Beginning Deferred Revenue | | 266,000 | 353,000 | 417,900 | 444,600 | 464,800 | 479,300 | 417,900 | 485,000 | 508,400 | 517,300 | 541,100 | 485,000 | 551,100 | 566,100 | 583,600 | 606,100 | 551,100 | 636,100 | 656,100 | 678,100 | 703,100 | 636,100 |
| Ending Deferred Revenue | 266,000 | 353,000 | 417,900 | 444,600 | 464,800 | 479,300 | 485,000 | 485,000 | 508,400 | 517,300 | 541,100 | 551,100 | 551,100 | 566,100 | 583,600 | 606,100 | 636,100 | 636,100 | 656,100 | 678,100 | 703,100 | 738,100 | 738,100 |
| Change in Deferred Revenue | | 87,000 | 64,900 | 26,700 | 20,200 | 14,500 | 5,700 | 67,100 | 23,400 | 8,900 | 23,800 | 10,000 | 66,100 | 15,000 | 17,500 | 22,500 | 30,000 | 85,000 | 20,000 | 22,000 | 25,000 | 35,000 | 102,000 |
| **Billings** | | 931,800 | 1,171,700 | 343,000 | 359,400 | 374,800 | 381,600 | 1,458,800 | 409,000 | 410,400 | 452,000 | 453,165 | 1,724,565 | 462,327 | 477,973 | 510,138 | 535,788 | 1,986,226 | 523,233 | 545,132 | 574,553 | 604,232 | 2,247,150 |
| *YoY Growth* | | | *26%* | *28%* | *28%* | *22%* | *20%* | *25%* | *19%* | *14%* | *21%* | *19%* | *18%* | *13%* | *16%* | *13%* | *18%* | *15%* | *13%* | *14%* | *13%* | *13%* | *13%* |
| *Deferred Rev Growth* | | | *18%* | *19%* | *21%* | *18%* | *16%* | *16%* | *14%* | *11%* | *13%* | *14%* | *14%* | *11%* | *13%* | *12%* | *15%* | *15%* | *16%* | *16%* | *16%* | *16%* | *16%* |

| | 2016A | Q2A Jun | Q3A Sep |
|---|---|---|---|
| ARR | | 1,650,000 | 1,770,000 |
| ARR from Business Plans | | 660,000 | |
| % of Total ARR | 30% | 40% | |
| ARR from Individual Users | | 990,000 | |

| | 2017A | Q1A Mar | Q2A Jun | Q3A Sep | Q4A Dec | 2018A | Q1A Mar | Q2A Jun |
|---|---|---|---|---|---|---|---|---|
| Revenue from Self-Serve Channels | 90% | 90% | 90% | 90% | 90% | 90% | 90% | 90% |
| % of Paying Users on Premium Plans | | 4% | | | | | | 16% |

| | Q1A Mar | Q2A Jun | Q3A Sep | Q4A Dec | 2018A | Q1A Mar | Q2A Jun | Q3A Sep | Q4E Dec | 2019E | Q1E Mar | Q2E Jun | Q3E Sep | Q4E Dec | 2020E | Q1E Mar | Q2E Jun | Q3E Sep | Q4E Dec | 2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HelloSign Revenue | | | | | | 2,000 | 3,500 | 4,000 | 4,500 | 14,000 | 5,000 | 5,500 | 6,000 | 6,500 | 23,000 | 5,000 | 5,500 | 6,000 | 6,500 | 23,000 |
| Organic Revenue | 316,300 | 339,200 | 360,300 | 375,900 | 1,391,700 | 383,600 | 398,000 | 424,200 | 438,665 | 1,644,465 | 442,327 | 454,973 | 481,638 | 499,288 | 1,878,226 | 498,233 | 517,632 | 543,553 | 562,732 | 2,122,150 |
| *YoY Growth* | *N/A* | *N/A* | *N/A* | *N/A* | *N/A* | *21%* | *17%* | *18%* | *17%* | *18%* | *15%* | *14%* | *14%* | *14%* | *14%* | *13%* | *14%* | *13%* | *13%* | *13%* |

| | 2017A | 2018A | 2019E |
|---|---|---|---|
| % of the Fortune 500 | 56% | | |
| Dropbox Business Teams (minimum of 3 users) | 300,000 | 400,000 | 450,000 |
| Business ARPU ($) | 1,291 | 1,218 | 1,249 |
| Average Dropbox Business Team (Employees) | 11 | 10 | 9 |
| Business Team User ARPU ($) | 117 | 128 | 138 |
| ARR per Business Team ($) | | | 1,467 |

| | 2017A | 2019E | Q3A Sep |
|---|---|---|---|
| Annualized Net Retention Rate (Total) | 90% | 95% | ~95% |
| Annualized Net Retention Rate (Business) | 100% | | |
| Churn | | Mid-Teens | |

| | 2017A | 2018A | 2019E |
|---|---|---|---|
| Dropbox Business Paid Users | 3,300 | 3,810 | 4,080 |
| Dropbox Individual Users (for work) | 5,500 | 6,350 | 6,800 |
| Dropbox Individual Users | 2,200 | 2,540 | 2,720 |

| | 2019E |
|---|---|
| Individual Usrs (% of Total) | 35% |
| SMB Users (% of Total) | 40% |
| Mid-Market/Enterprise (% of Total) | 25% |

Revenue from Existing Customers
Revenue from New Customers

| | 2015A | 2017A | 2018A |
|---|---|---|---|
| Headcount | 1,446 | 1,858 | 2,323 |
| R&D Employees | | 870 | |

| | 2016A | 2017A |
|---|---|---|
| HP Capital Lease Payments | 79,700 | 81,700 |

| | Q1A Mar | Q2A Jun | Q3A Sep | Q4A Dec | 2018A | Q1A Mar | Q2A Jun |
|---|---|---|---|---|---|---|---|
| Performance Obligations | 495,500 | 510,700 | 523,300 | 529,900 | 529,900 | 549,800 | 559,400 |
| *YoY Growth* | | | | | | *11%* | *10%* |
| Coverage (% of NTM Revenue) | 34% | 34% | 33% | 32% | | 32% | 31% |

| | Q1A Mar | Q2A Jun | Q3A Sep | Q4A Dec | Q1A Mar | Q2A Jun |
|---|---|---|---|---|---|---|
| **Bookings** | | 354,400 | 372,900 | 382,500 | 405,500 | 411,100 |
| *YoY Growth* | | | | | | *16%* |

| | 2016A | 2017A | Q1A Mar | Q2A Jun | Q3A Sep | Q4A Dec | 2018A | Q1A Mar | Q2A Jun |
|---|---|---|---|---|---|---|---|---|---|
| Deferred Revenue Recognized in Quarter | 266,900 | 353,000 | 188,200 | 208,700 | 213,200 | | 411,600 | 222,600 | 233,900 |
| *% of Total* | *32%* | *32%* | *60%* | *62%* | *59%* | | *30%* | *58%* | *58%* |
| Deferred Revenue Recognized YTD | | | 188,200 | 313,000 | 390,100 | 411,600 | 411,600 | 222,600 | 365,900 |
| *% of Total* | | | *60%* | *48%* | *38%* | *30%* | | *58%* | *46%* |

| | 2018A | Q1A Mar | Q2A Jun | Q3A Sep | Q4E Dec | 2019E | Q1E Mar | Q2E Jun | Q3E Sep | Q4E Dec | 2020E | Q1E Mar | Q2E Jun | Q3E Sep | Q4E Dec | 2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| End Date | 12/31/2018 | 3/31/2019 | 6/30/2019 | 9/30/2019 | 12/31/2019 | 12/31/2019 | 3/31/2020 | 6/30/2020 | 9/30/2020 | 12/31/2020 | 12/31/2020 | 3/31/2021 | 6/30/2021 | 9/30/2021 | 12/31/2021 | 12/31/2021 |
| Days in Quarter | | 90 | 91 | 92 | 92 | 365 | 91 | 91 | 92 | 92 | 366 | 90 | 91 | 92 | 92 | 365 |

| | 2016A | 2017A | 2018A | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|---|
| Non-GAAP S&M, TTM (% of Revs) | 29% | 24% | 25% | 25% | 24% | 24% |
| Organic Rev Growth (Current FY) | 40% | 31% | 26% | 19% | 15% | 13% |
| Sales and Marketing Efficiency | 1.4x | 1.3x | 1.0x | 0.8x | 0.6x | 0.5x |

*Source: D.A. Davidson & Co., Company Filings*

**D.A. Davidson & Co.**

## Income Statement
FY Ending Dec 31

| ($, in thousands, except per share data) | 2015A | 2016A | 2017A | Q1A Mar | Q2A Jun | Q3A Sep | Q4A Dec | 2018A | Q1A Mar | Q2A Jun | Q3A Sep | Q4E Dec | 2019E | Q1E Mar | Q2E Jun | Q3E Sep | Q4E Dec | 2020E | Q1E Mar | Q2E Jun | Q3E Sep | Q4E Dec | 2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Non-GAAP** | | | | | | | | | | | | | | | | | | | | | | | |
| **Revenue** | 603,800 | 844,800 | 1,106,800 | 316,300 | 339,200 | 360,300 | 375,900 | 1,391,700 | 385,600 | 401,500 | 428,200 | 443,165 | 1,658,465 | 447,327 | 460,473 | 487,638 | 505,788 | 1,901,226 | 503,233 | 523,132 | 549,553 | 569,232 | 2,145,150 |
| *YoY Growth* | | 40% | 31% | 28% | 27% | 26% | 23% | 26% | 22% | 18% | 19% | 18% | 19% | 16% | 15% | 14% | 14% | 15% | 12% | 14% | 13% | 13% | 13% |
| *Sequential Growth* | | | | 4% | 7% | 6% | 4% | | 3% | 4% | 7% | 3% | | 1% | 3% | 6% | 4% | | -1% | 4% | 5% | 4% | |
| | | | | | | | | | | | | | | | | | | | | | | | |
| Cost of Revenue | 404,800 | 382,400 | 356,700 | 81,700 | 86,600 | 87,000 | 91,300 | 346,600 | 94,800 | 97,300 | 99,700 | 103,257 | 395,057 | 114,068 | 117,421 | 121,910 | 126,447 | 479,846 | 125,808 | 130,783 | 137,388 | 142,308 | 536,288 |
| *% of Revenue* | 67% | 45% | 32% | 26% | 26% | 24% | 24% | 25% | 25% | 24% | 23% | 23% | 24% | 26% | 26% | 25% | 25% | 25% | 25% | 25% | 25% | 25% | 25% |
| **Non-GAAP Gross Profit** | 199,000 | 462,400 | 750,100 | 234,600 | 252,600 | 273,300 | 284,600 | 1,045,100 | 290,800 | 304,200 | 328,500 | 339,908 | 1,263,408 | 333,259 | 343,052 | 365,729 | 379,341 | 1,421,380 | 377,425 | 392,349 | 412,164 | 426,924 | 1,608,863 |
| *Non-GAAP Gross Margin (%)* | 33% | 55% | 68% | 74% | 74% | 76% | 76% | 75% | 75% | 76% | 77% | 77% | 76% | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% |
| | | | | | | | | | | | | | | | | | | | | | | | |
| Research and Development | 165,500 | 217,000 | 287,200 | 87,300 | 91,800 | 105,000 | 107,600 | 391,700 | 117,200 | 120,600 | 129,900 | 132,063 | 499,763 | 125,252 | 126,630 | 134,101 | 131,505 | 517,487 | 138,389 | 143,861 | 148,379 | 153,693 | 584,322 |
| *% of Revenue* | 27% | 26% | 26% | 28% | 27% | 29% | 29% | 28% | 30% | 30% | 30% | 30% | 30% | 28% | 28% | 28% | 26% | 27% | 28% | 28% | 27% | 27% | 27% |
| Sales and Marketing | 173,300 | 206,000 | 280,300 | 82,400 | 79,500 | 86,900 | 94,300 | 343,100 | 93,600 | 97,100 | 99,100 | 101,485 | 391,285 | 111,832 | 115,118 | 109,719 | 113,802 | 450,471 | 118,260 | 122,936 | 126,397 | 130,923 | 498,516 |
| *% of Revenue* | 29% | 24% | 25% | 26% | 23% | 24% | 25% | 25% | 24% | 24% | 23% | 23% | 24% | 25% | 25% | 23% | 23% | 24% | 24% | 24% | 23% | 23% | 23% |
| General and Administrative | 100,300 | 85,300 | 122,300 | 30,400 | 33,400 | 35,300 | 41,200 | 140,300 | 41,000 | 46,000 | 43,500 | 42,101 | 172,601 | 42,496 | 43,745 | 46,326 | 45,521 | 178,088 | 47,807 | 47,082 | 49,460 | 51,231 | 195,580 |
| *% of Revenue* | 17% | 10% | 11% | 10% | 10% | 10% | 11% | 10% | 11% | 11% | 10% | 10% | 10% | 10% | 10% | 10% | 9% | 9% | 10% | 9% | 9% | 9% | 9% |
| **Non-GAAP Operating Income (Loss)** | (240,100) | (58,500) | 60,300 | 34,500 | 47,900 | 46,100 | 41,500 | 170,000 | 39,000 | 40,500 | 56,000 | 64,259 | 199,759 | 53,679 | 57,559 | 75,584 | 88,513 | 275,335 | 72,969 | 78,470 | 87,928 | 91,077 | 330,444 |
| *Non-GAAP Operating Margin (%)* | -40% | -7% | 5% | 11% | 14% | 13% | 11% | 12% | 10% | 10% | 13% | 15% | 12% | 12% | 13% | 16% | 18% | 14% | 15% | 15% | 16% | 16% | 15% |
| Interest Expense, Net | (15,200) | (16,400) | (11,000) | (1,200) | 2,000 | 2,400 | 3,900 | 7,100 | 3,700 | 3,200 | 3,000 | 3,000 | 12,900 | 3,000 | 3,000 | 3,000 | 3,000 | 12,000 | 3,000 | 3,000 | 3,000 | 3,000 | 12,000 |
| Other Income (Expense), Net | (4,200) | 4,900 | 13,200 | 3,400 | 2,200 | 500 | 700 | 6,800 | 4,200 | 2,600 | 1,900 | - | 8,700 | - | - | - | - | - | - | - | - | - | - |
| Pre-tax Income | (259,500) | (70,000) | 62,500 | 36,700 | 52,100 | 49,000 | 46,100 | 183,900 | 46,900 | 46,300 | 60,900 | 67,259 | 221,359 | 56,679 | 60,559 | 78,584 | 91,513 | 287,335 | 75,969 | 81,470 | 90,928 | 94,077 | 342,444 |
| Provision for Income Taxes | (300) | (5,200) | (200) | (5,800) | (4,100) | (4,000) | (3,800) | (17,700) | (5,200) | (4,300) | (5,000) | (7,398) | (21,898) | (9,635) | (10,295) | (13,359) | (15,557) | (48,847) | (14,434) | (15,479) | (17,276) | (17,875) | (65,064) |
| *Tax Rate (%)* | 0% | 7% | 0% | 16% | 8% | 8% | 8% | 10% | 11% | 9% | 8% | 11% | 10% | 17% | 17% | 17% | 17% | 17% | 19% | 19% | 19% | 19% | 19% |
| **Non-GAAP Net Income (Loss)** | (259,800) | (75,200) | 62,300 | 30,900 | 48,000 | 45,000 | 42,300 | 166,200 | 41,700 | 42,000 | 55,900 | 59,860 | 199,460 | 47,044 | 50,264 | 65,225 | 75,956 | 238,488 | 61,535 | 65,991 | 73,652 | 76,203 | 277,380 |
| *Non-GAAP Net Margin (%)* | -43% | -9% | 6% | 10% | 14% | 12% | 11% | 12% | 11% | 10% | 13% | 14% | 12% | 11% | 11% | 13% | 15% | 13% | 12% | 13% | 13% | 13% | 13% |
| | | | | | | | | | | | | | | | | | | | | | | | |
| Non-GAAP Basic Earnings Per Share | (0.94) | (0.27) | 0.18 | 0.14 | 0.12 | 0.11 | 0.10 | 0.42 | 0.10 | 0.10 | 0.13 | 0.14 | 0.48 | 0.11 | 0.12 | 0.15 | 0.18 | 0.56 | 0.14 | 0.15 | 0.17 | 0.17 | 0.64 |
| **Non-GAAP Diluted Earnings Per Share** | (0.94) | (0.27) | 0.18 | 0.08 | 0.11 | 0.11 | 0.10 | 0.40 | 0.10 | 0.10 | 0.13 | 0.14 | 0.48 | 0.11 | 0.12 | 0.15 | 0.18 | 0.56 | 0.14 | 0.15 | 0.17 | 0.17 | 0.63 |
| | | | | | | | | | | | | | | | | | | | | | | | |
| Basic Shares Outstanding | 276,800 | 283,700 | 293,900 | | | | | | | | | | | | | | | | | | | | |
| Diluted Shares Outstanding | 276,800 | 283,700 | 293,900 | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | |
| Basic Shares Outstanding (Pro-forma) | | | 358,600 | 218,800 | 401,300 | 403,900 | 408,000 | 400,000 | 410,500 | 412,400 | 414,400 | 418,544 | 413,961 | 420,637 | 422,740 | 424,854 | 426,978 | 423,802 | 429,113 | 431,258 | 433,415 | 435,582 | 432,342 |
| Diluted Shares Outstanding (Pro-forma) | | | 347,700 | 373,100 | 423,100 | 420,000 | 416,300 | 413,000 | 417,700 | 418,700 | 418,700 | 422,887 | 419,497 | 425,001 | 427,126 | 429,262 | 431,408 | 428,200 | 433,565 | 435,733 | 437,912 | 440,101 | 436,828 |
| *Sequential Change* | | | | 6% | 13% | -1% | -1% | | 0% | 0% | 0% | 1% | | 1% | 1% | 1% | 1% | | 1% | 1% | 1% | 1% | |
| | | | | | | | | | | | | | | | | | | | | | | | |
| **Adjusted EBITDA Reconciliation** | | | | | | | | | | | | | | | | | | | | | | | |
| Non-GAAP Operating Income | | (58,500) | 60,300 | 34,500 | 47,900 | 46,100 | 41,500 | 170,000 | 39,000 | 40,500 | 56,000 | 64,259 | 199,759 | 53,679 | 57,559 | 75,584 | 88,513 | 275,335 | 72,969 | 78,470 | 87,928 | 91,077 | 330,444 |
| Depreciation and Amortization | | 191,600 | 181,800 | 35,900 | 40,000 | 45,700 | 45,200 | 166,800 | 45,800 | 46,100 | 40,600 | 42,000 | 174,500 | 45,000 | 45,000 | 45,000 | 45,000 | 180,000 | | | | | |
| **Adjusted EBITDA** | | 133,100 | 242,100 | 70,400 | 87,900 | 91,800 | 86,700 | 336,800 | 84,800 | 86,600 | 96,600 | 106,259 | 374,259 | 98,679 | 102,559 | 120,584 | 133,513 | 455,335 | 72,969 | 78,470 | 87,928 | 91,077 | 330,444 |
| *Adjusted EBITDA Margin (%)* | | 16% | 22% | 22% | 26% | 25% | 23% | 24% | 22% | 22% | 23% | 24% | 23% | 22% | 22% | 25% | 26% | 24% | 15% | 15% | 16% | 16% | 15% |

*Source: D.A. Davidson & Co., Company Filings*

8

**D.A. Davidson & Co.**

**Balance Sheet**

| FY Ending Dec 31 | 2015A | 2016A | 2017A | 2018A | | | | 2019E | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Q4A | Q4A | Q4A (Pro-forma) | Q1A | Q2A | Q3A | Q4A | Q1A | Q2A | Q3A |
| ($, in thousands, except per share data) | Dec | Dec | Dec | Mar | Jun | Sep | Dec | Mar | Jun | Sep |
| Cash and Cash Equivalents | | 352,700 | 430,000 | 665,300 | 504,100 | 536,200 | 519,300 | 359,200 | 343,600 | 443,200 |
| Short-Term Investments | | | | | 477,700 | 502,900 | 570,000 | 556,000 | 629,200 | 587,700 |
| Trade and Other Receivables, Net | | 13,200 | 29,300 | 26,200 | 31,200 | 28,600 | 28,600 | 34,100 | 37,600 | 38,400 |
| Prepaid Expenses and Other Current Assets | | 47,500 | 58,800 | 238,400 | 86,800 | 96,000 | 92,300 | 58,300 | 57,300 | 64,300 |
| **Total Current Assets** | | **413,400** | **518,100** | **929,900** | **1,099,800** | **1,163,700** | **1,210,200** | **1,007,600** | **1,067,700** | **1,133,600** |
| | | | | | | | | | | |
| Property and Equipment, Net | | 444,000 | 341,900 | 345,600 | 330,800 | 295,900 | 310,600 | 340,900 | 369,300 | 416,600 |
| Operating Lease Right-of-Use Asset | | | | | | | | 430,400 | 575,700 | 581,700 |
| Intangible Assets, Net | | 24,200 | 17,000 | 17,900 | 16,300 | 15,200 | 14,700 | 57,400 | 53,700 | 50,100 |
| Goodwill | | 96,000 | 98,900 | 99,000 | 97,800 | 98,000 | 96,500 | 230,400 | 230,900 | 231,800 |
| Other Assets | | 26,600 | 44,000 | 46,300 | 57,700 | 50,300 | 62,100 | 61,900 | 67,600 | 72,800 |
| **Total Assets** | | **1,004,200** | **1,019,900** | **1,438,700** | **1,602,400** | **1,623,100** | **1,694,100** | **2,128,600** | **2,364,900** | **2,486,600** |
| | | | | | | | | | | |
| Accounts Payable | | 15,500 | 31,900 | 29,400 | 24,000 | 27,900 | 33,300 | 27,400 | 31,800 | 31,300 |
| Accrued and Other Current Liabilities | | 97,900 | 129,800 | 143,100 | 172,300 | 163,200 | 164,500 | 148,800 | 149,400 | 149,900 |
| Accrued Compensation and Benefits | | 41,300 | 56,100 | 36,200 | 45,100 | 64,200 | 80,900 | 36,400 | 57,400 | 79,100 |
| Operating Lease Liability | | | | | | | | 74,100 | 78,300 | 76,000 |
| Capital Lease Obligation | | 127,600 | 102,700 | 92,800 | 87,100 | 80,500 | 73,800 | 70,700 | 68,900 | 70,900 |
| Deferred Revenue | | 353,000 | 417,900 | 444,600 | 464,800 | 479,300 | 485,000 | 508,400 | 517,300 | 541,100 |
| **Total Current Liabilities** | | **635,300** | **738,400** | **746,100** | **793,300** | **815,100** | **837,500** | **865,800** | **903,100** | **948,300** |
| | | | | | | | | | | |
| Operating Lease Liability, Non-current | | | | | | | | 441,500 | 601,400 | 626,200 |
| Capital Lease Obligation, Non-current | | 129,600 | 71,600 | 77,200 | 73,100 | 82,400 | 89,900 | 106,700 | 119,600 | 128,000 |
| Deferred Rent, Non-current | | 72,500 | 69,800 | 68,900 | 73,600 | 73,400 | 81,000 | - | - | - |
| Other Non-current Liabilities | | 44,000 | 37,200 | 36,300 | 31,500 | 8,800 | 8,900 | 9,700 | 10,600 | 21,500 |
| **Total Liabilities** | | **881,400** | **917,000** | **928,500** | **971,500** | **979,700** | **1,017,300** | **1,423,700** | **1,634,700** | **1,724,000** |
| | | | | | | | | | | |
| Convertible Preferred Stock | | 615,300 | - | - | - | - | - | - | - | - |
| Common Stock | | - | | - | - | - | - | - | - | - |
| Additional Paid-in Capital | | 446,000 | 1,564,000 | 2,104,900 | 2,248,400 | 2,285,000 | 2,337,500 | 2,377,800 | 2,428,400 | 2,478,600 |
| Accumulated Deficit | | (937,500) | (1,465,300) | (1,600,400) | (1,619,400) | (1,643,500) | (1,659,500) | (1,674,700) | (1,700,100) | (1,718,100) |
| Accumulated Other Comprehensive Income (Loss) | | (1,000) | 4,200 | 5,700 | 1,900 | 1,900 | (1,200) | 1,800 | 1,900 | 2,100 |
| **Total Stockholders' Equity** | | **122,800** | **102,900** | **510,200** | **630,900** | **643,400** | **676,800** | **704,900** | **730,200** | **762,600** |
| **Total Liabilities and Stockholders' Equity** | | **1,004,200** | **1,019,900** | **1,438,700** | **1,602,400** | **1,623,100** | **1,694,100** | **2,128,600** | **2,364,900** | **2,486,600** |
| | | | | | | | | | | |
| Cash and Investments | | 352,700 | 430,000 | 665,300 | 981,800 | 1,039,100 | 1,089,300 | 915,200 | 972,800 | 1,030,900 |
| Debt/Capital Leases | | 257,200 | 174,300 | 170,000 | 160,200 | 162,900 | 163,700 | 177,400 | 188,500 | 198,900 |
| **Net Cash and Investments** | | **95,500** | **255,700** | **495,300** | **821,600** | **876,200** | **925,600** | **737,800** | **784,300** | **832,000** |
| | | | | | | | | | | |
| Total Deferred Revenue | 266,000 | 353,000 | 417,900 | 444,600 | 464,800 | 479,300 | 485,000 | 508,400 | 517,300 | 541,100 |

*Source: D.A. Davidson & Co., Company Filings*

**D.A. Davidson & Co.**

## Statement of Cash Flows
FY Ending Dec 31

| ($, in thousands, except per share data) | 2015A | 2016A | 2017A | Q1A Mar | Q2A Jun | Q3A Sep | Q4A Dec | 2018A | Q1A Mar | Q2A Jun | Q3A Sep | Q4E Dec | 2019E | Q1E Mar | Q2E Jun | Q3E Sep | Q4E Dec | 2020E | Q1E Mar | Q2E Jun | Q3E Sep | Q4E Dec | 2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Income (Loss) | (325,900) | (210,200) | (111,700) | (465,500) | (4,100) | (5,800) | (9,500) | (484,900) | (7,700) | (21,400) | (17,000) | (13,861) | (59,961) | (23,371) | (31,661) | (13,756) | (3,731) | (72,519) | (19,275) | (25,460) | (16,143) | (16,421) | (77,299) |
| Depreciation and Amortization | 149,600 | 191,600 | 181,800 | 35,900 | 40,000 | 45,700 | 45,200 | 166,800 | 45,800 | 46,100 | 40,600 | 42,000 | 174,500 | 45,000 | 45,000 | 45,000 | 45,000 | 180,000 | 47,500 | 47,500 | 47,500 | 47,500 | 190,000 |
| Stock-based Compensation | 66,100 | 147,600 | 164,600 | 486,500 | 55,100 | 55,000 | 53,500 | 650,100 | 55,600 | 68,100 | 68,200 | 70,620 | 262,520 | 69,550 | 81,720 | 81,840 | 84,744 | 317,854 | 84,744 | 96,430 | 96,571 | 99,998 | 377,743 |
| Net Gains on Equity Investments | | | | | | | | | | (7,400) | 1,700 | | (5,700) | | | | | - | | | | | - |
| Amortization of Deferred Commissions | 600 | 3,700 | 6,600 | 2,400 | 2,900 | 3,200 | 3,600 | 12,100 | 3,900 | 4,200 | 4,600 | | 12,700 | | | | | - | | | | | - |
| Donation of Common Stock for Charitable Foundation | - | - | 9,400 | | | | | | | | | | | | | | | | | | | | |
| Other | 800 | 1,100 | (1,700) | (600) | (500) | 200 | (1,000) | (1,900) | (4,400) | (3,200) | (700) | | (8,300) | | | | | | | | | | |
| Changes in Operating Assets and Liabilities | | | | | | | | - | | | | 85,000 | 85,000 | 13,000 | 18,000 | 18,000 | 25,000 | 74,000 | 30,000 | 50,000 | 50,000 | 60,000 | 190,000 |
| Trade and Other Receivables, Net | (9,900) | 1,000 | (14,400) | 3,600 | (5,500) | 2,300 | (300) | 100 | (5,100) | (3,400) | (1,000) | | (9,500) | | | | | - | | | | | |
| Prepaid Expenses and Other Current Assets | (1,800) | - | (18,200) | (1,500) | (32,400) | (13,400) | (600) | (47,900) | (14,200) | (4,300) | (7,600) | | (26,100) | | | | | - | | | | | |
| Other Assets | 2,500 | (7,800) | (10,600) | (5,700) | (11,800) | 7,100 | (800) | (11,200) | 11,200 | 15,000 | 15,600 | | 41,800 | | | | | - | | | | | |
| Accounts Payable | 9,200 | 5,500 | 16,200 | (2,800) | (5,700) | 4,600 | 2,200 | (1,700) | (5,200) | 3,400 | (600) | | (2,400) | | | | | - | | | | | |
| Accrued and Other Current Liabilities | 21,700 | (12,400) | 34,000 | 8,800 | 35,700 | (3,900) | (300) | 40,300 | 10,000 | 500 | (1,000) | | 9,500 | | | | | - | | | | | |
| Accrued Compensation and Benefits | (9,000) | 35,600 | 14,400 | (26,200) | 15,300 | 18,100 | 17,800 | 25,000 | (45,900) | 21,100 | 21,700 | | (3,100) | | | | | - | | | | | |
| Deferred Revenue | 82,000 | 87,600 | 64,300 | 26,700 | 19,700 | 14,400 | 5,600 | 66,400 | 18,600 | 9,400 | 26,700 | | 54,700 | | | | | - | | | | | |
| Non-current Liabilities | 28,900 | 9,300 | (4,400) | 200 | 3,200 | 500 | 8,300 | 12,200 | (13,200) | (14,000) | (18,400) | | (45,600) | | | | | - | | | | | |
| Tenant Improvement Allowance Reimbursement | | | | | | | | | 13,800 | 14,700 | 16,900 | | 45,400 | | | | | | | | | | |
| **Net Cash Provided by Operating Activities** | **14,800** | **252,600** | **330,300** | **61,800** | **111,900** | **128,000** | **123,700** | **425,400** | **63,200** | **128,800** | **149,700** | **183,759** | **525,459** | **104,179** | **113,059** | **131,084** | **151,013** | **499,335** | **142,969** | **168,470** | **177,928** | **191,077** | **680,444** |
| *OCF Margin (%)* | *2%* | *30%* | *30%* | *20%* | *33%* | *36%* | *33%* | *31%* | *16%* | *32%* | *35%* | *41%* | *32%* | *23%* | *25%* | *27%* | *30%* | *26%* | *28%* | *32%* | *32%* | *34%* | *32%* |
| Capital Expenditures | (78,700) | (115,200) | (25,300) | (9,900) | (9,700) | (8,000) | (35,400) | (63,000) | (29,700) | (33,700) | (47,200) | (35,000) | (145,600) | (15,000) | (15,000) | (15,000) | (15,000) | (60,000) | (15,000) | (15,000) | (15,000) | (15,000) | (60,000) |
| Purchase of Intangible Assets | (4,600) | (8,500) | (800) | (2,500) | | (400) | (100) | (3,000) | | | | | | | | | | | | | | | |
| Cash Received from Equipment Rebates | - | 3,600 | 2,200 | 100 | 800 | 1,400 | (186,100) | (183,800) | - | - | - | | | | | | | | | | | | |
| Purchases of Short-term Investments | | | | (180,800) | (315,100) | (168,400) | 110,500 | (553,800) | (153,000) | (236,700) | (193,000) | | | | | | | | | | | | |
| Proceeds from Sales of Short-term Investments | | | - | | | | | | 110,200 | 70,800 | 160,000 | | | | | | | | | | | | |
| Proceeds from Maturities of Short-term Investments | | | - | | | | | | 66,600 | 95,000 | 75,100 | | | | | | | | | | | | |
| Business Acquisitions, Net | (2,300) | - | - | | 16,400 | 85,500 | 9,600 | 111,500 | (172,100) | - | - | | (172,100) | | | | | | | | | | |
| Business Combinations, Net of Cash Acquired | | | | | | | | | - | 500 | - | | | | | | | | | | | | |
| Cash Received from Sales of Equipment | - | 2,100 | - | | 3,100 | 58,500 | (3,300) | 58,300 | 4,700 | - | - | | | | | | | | | | | | |
| Other | | | | | | | | | - | 6,900 | (3,200) | | | | | | | | | | | | |
| **Net Cash Used in Investing Activities** | **(85,600)** | **(118,000)** | **(23,900)** | **(193,100)** | **(304,500)** | **(31,400)** | **(104,800)** | **(633,800)** | **(173,300)** | **(97,200)** | **(8,300)** | | | | | | | | | | | | |
| Principal Payments on Capital Lease Obligations | (101,200) | (137,900) | (133,000) | (29,800) | (28,500) | (25,800) | (25,000) | (109,100) | (26,200) | (24,400) | (21,200) | (35,000) | (106,800) | (30,000) | (30,000) | (30,000) | (30,000) | (120,000) | (30,000) | (30,000) | (30,000) | (30,000) | (120,000) |
| Proceeds from IPO and private placement, net | | | - | 638,200 | 108,400 | | | 746,600 | | | | | | | | | | | | | | | |
| Principal Payments Against Note Payable | - | (3,800) | (3,900) | | | | | - | | | | | | | | | | | | | | | |
| Principal Payments Against Financing Lease Obligation | (1,800) | (1,600) | (2,300) | | | | | - | | | | | | | | | | | | | | | |
| Proceeds from Sale-leaseback Agreement | - | 8,800 | - | | | | | - | | | | | | | | | | | | | | | |
| Proceeds from Issuance of Note Payable | 11,900 | - | - | | | | | - | | | | | | | | | | | | | | | |
| Fees Paid for Revolving Credit Facility | - | - | (2,600) | | | | | - | | | | | | | | | | | | | | | |
| Shares Repurchased for Tax Withholdings on Release of RSUs | - | - | (87,900) | (241,200) | (41,200) | (44,300) | (25,200) | (351,900) | (25,500) | (22,600) | (19,000) | | | | | | | | | | | | |
| Proceeds from Issuance of Common Stock, Net | 1,500 | - | 500 | | | 8,800 | 16,400 | 25,200 | 900 | 1,100 | - | | | | | | | | | | | | |
| Other | | | | (1,300) | (1,800) | (2,000) | (100) | (5,200) | (200) | (500) | 300 | | | | | | | | | | | | |
| Payments of Deferred Offerings Costs | - | - | (2,500) | (900) | (2,500) | (1,100) | (300) | (4,800) | - | - | - | | | | | | | | | | | | |
| **Net Cash Used in Financing Activities** | **(89,600)** | **(134,500)** | **(231,700)** | **365,000** | **34,400** | **(64,400)** | **(34,200)** | **300,800** | **(51,000)** | **(46,400)** | **(39,900)** | | | | | | | | | | | | |
| Effect of Exchange Rate Changes | (900) | (4,300) | 2,600 | 1,600 | (3,000) | (100) | (1,600) | (3,100) | 1,000 | (800) | (1,900) | | | | | | | | | | | | |
| **Change in Cash, Cash Equivalents, and Restricted Cash** | **(161,300)** | **(4,200)** | **77,300** | **235,300** | **(161,200)** | **32,100** | **(16,900)** | **89,300** | **(160,100)** | **(15,600)** | **99,600** | | | | | | | | | | | | |
| Cash, Cash Equivalents, and Restricted Cash - Beginning | 518,200 | 356,900 | 352,700 | 430,000 | 665,300 | 504,100 | 536,200 | 430,000 | 519,300 | 359,200 | 343,600 | | | | | | | | | | | | |
| **Cash, Cash Equivalents, and Restricted Cash - Ending** | **356,900** | **352,700** | **430,000** | **665,300** | **504,100** | **536,200** | **519,300** | **519,300** | **359,200** | **343,600** | **443,200** | | | | | | | | | | | | |
| **Free Cash Flow (Conventional)** | **(63,900)** | **137,400** | **305,000** | **51,900** | **102,200** | **120,000** | **88,300** | **362,400** | **33,500** | **95,100** | **102,500** | **148,759** | **379,859** | **89,179** | **98,059** | **116,084** | **136,013** | **439,335** | **127,969** | **153,470** | **162,928** | **176,077** | **620,444** |
| *FCF Margin (%)* | *-11%* | *16%* | *28%* | *16%* | *30%* | *33%* | *23%* | *26%* | *9%* | *24%* | *24%* | *34%* | *23%* | *20%* | *21%* | *24%* | *27%* | *23%* | *25%* | *29%* | *30%* | *31%* | *29%* |
| **Free Cash Flow (Including Capital Lease Payments)** | **(165,100)** | **(500)** | **172,000** | **22,100** | **73,700** | **94,200** | **63,300** | **253,300** | **7,300** | **70,700** | **81,300** | **113,759** | **273,059** | **59,179** | **68,059** | **86,084** | **106,013** | **319,335** | **97,969** | **123,470** | **132,928** | **146,077** | **500,444** |
| *FCF Margin (%)* | *-27%* | *0%* | *16%* | *7%* | *22%* | *26%* | *17%* | *18%* | *2%* | *18%* | *19%* | *26%* | *16%* | *13%* | *15%* | *18%* | *21%* | *17%* | *24%* | *24%* | *24%* | *26%* | *23%* |
| **Free Cash Flow (Including Capital Lease Payments, ex-HQ)** | **(165,100)** | **(500)** | **172,000** | **22,700** | **75,300** | **96,700** | **91,500** | **286,200** | **14,800** | **85,100** | **110,500** | **131,759** | **342,159** | **64,179** | **73,059** | **91,084** | **111,013** | **339,335** | **97,969** | **123,470** | **132,928** | **146,077** | **500,444** |
| *FCF Margin (%)* | *-27%* | *0%* | *16%* | *7%* | *22%* | *27%* | *24%* | *21%* | *4%* | *21%* | *26%* | *30%* | *21%* | *14%* | *16%* | *19%* | *22%* | *18%* | *19%* | *24%* | *24%* | *26%* | *23%* |
| HQ CapEx | | | | (600) | (1,600) | (2,500) | (28,200) | (32,900) | (21,300) | (29,100) | (46,100) | (28,000) | (124,500) | (5,000) | (5,000) | (5,000) | (5,000) | (20,000) | | | | | |
| TIA | | | | | | | | | 13,800 | 14,700 | 16,900 | 10,000 | 55,400 | | | | | | | | | | |
| Change in NWC (% of Revenue) | 20% | 14% | 7% | 1% | 5% | 8% | 8% | 6% | -11% | 7% | 8% | 19% | 6% | 3% | 4% | 4% | 5% | 4% | 6% | 10% | 9% | 11% | 9% |
| Depreciation and Amortization (% of Revenue) | 25% | 23% | 16% | 11% | 12% | 13% | 12% | 12% | 12% | 11% | 9% | 9% | 11% | 10% | 10% | 9% | 9% | 9% | 9% | 9% | 9% | 8% | 9% |
| CapEx (% of Revenue) | -13% | -14% | -2% | -3% | -3% | -2% | -9% | -5% | -8% | -8% | -11% | -8% | -9% | -3% | -3% | -3% | -3% | -3% | -3% | -3% | -3% | -3% | -3% |
| Capital Lease Payments (% of Revenue) | -17% | -16% | -12% | -9% | -8% | -7% | -7% | -8% | -7% | -6% | -5% | -8% | -6% | -7% | -7% | -6% | -6% | -6% | -6% | -6% | -5% | -5% | -6% |

*Source: D.A. Davidson & Co., Company Filings*

**D.A. Davidson & Co.**
**222 SW Columbia Street, Suite 1400 • Portland, Oregon 97201 • (800) 755-7848 • www.davidsoncompanies.com/ecm**

Copyright D.A. Davidson & Co., 2019. All rights reserved.

## Potential Risks

- Dropbox competes in a very competitive market, subject to competition from pure-play content management vendors like Box, large software vendors like Microsoft, and consumer technology companies, including Google, Apple, and Amazon
- Dropbox has a dual-class share structure, with Class B common stockholders holding 98% of voting power post-offering (class A common stock is publicly traded)
- International and currency risk, with non-US revenue representing 49% of total revenue in 2018

## Required Disclosures

D.A. Davidson & Co. makes a market in Dropbox, Inc..

D.A. Davidson & Co, or any of its affiliates, does or seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

D.A. Davidson & Co. is a full service investment firm that provides both brokerage and investment banking services. Rishi N. Jaluria and Hannah Rudoff, the research analysts principally responsible for the preparation of this report has received and is eligible to receive compensation, including bonus compensation, based on D.A. Davidson's overall operating revenues, including revenues generated by its investment banking and institutional equities activities. D.A. Davidson & Co.'s analysts, however, are not directly compensated for involvement in specific investment banking transactions.

We, Rishi N. Jaluria and Hannah Rudoff, attest that (i) all the views expressed in this research report accurately reflect our personal views about the common stock of the subject company, and (ii) no part of our compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this report.

**Rating Information**
**D.A. Davidson & Co.'s Institutional Research Rating Scale Definitions** (maintained since October 10, 2017); information regarding our previous definitions is available upon request:
**BUY:** Expected to produce a total return of over 15% on a risk adjusted basis over the next 12-18 months
**NEUTRAL:** Expected to produce a total return of -15% to +15% on a risk adjusted basis over the next 12-18 months
**UNDERPERFORM:** Expected to lose value of over 15% on a risk adjusted basis over the next 12-18 months

| Rating Distribution (as of 9/30/19) | Coverage Universe Distribution | | | Investment Banking Distribution | | |
|---|---|---|---|---|---|---|
| | IR | WMR | Combined | IR | WMR | Combined |
| BUY (Buy) | 57% | 87% | 59% | 12% | 0% | 10% |
| NEUTRAL (Hold) | 42% | 13% | 40% | 6% | 0% | 6% |
| UNDERPERFORM (Sell) | 1% | 0% | 1% | 0% | 0% | 0% |

*IR denotes Institutional Research; WMR denotes Wealth Management Research whose rating scale is Buy/Add, Neutral, Sell/Reduce. Investment Banking Distribution denotes companies from whom D.A. Davidson & Co. has received compensation in the last 12 months.*



Dropbox, Inc. Rating History as of 11/07/2019

Target prices are our Institutional Research Department's evaluation of price potential over the next 12 months, based upon our assessment of future earnings and cash flow, comparable company valuations, growth prospects and other financial criteria. Certain risks may impede achievement of these price targets including, but not limited to, broader market and macroeconomic fluctuations and unforeseen changes in the subject company's fundamentals or business trends.

**D.A. Davidson & Co.**

## Other Disclosures

Information contained herein has been obtained by sources we consider reliable, but is not guaranteed and we are not soliciting any action based upon it. Any opinions expressed are based on our interpretation of data available to us at the time of the original publication of the report. These opinions are subject to change at any time without notice. Investors must bear in mind that inherent in investments are the risks of fluctuating prices and the uncertainties of dividends, rates of return and yield. Investors should also remember that past performance is not necessarily an indicator of future performance and D.A. Davidson & Co. makes no guarantee, express or implied, as to future performance. Investors should note this report was prepared by D.A. Davidson & Co.'s Institutional Research Department for distribution to D.A. Davidson & Co.'s institutional investor clients and assumes a certain level of investment sophistication on the part of the recipient. Readers, who are not institutional investors or other market professionals, should seek the advice of their individual investment advisor for an explanation of this report's contents, and should always seek such advisor's advice before making any investment decisions. Consensus estimates are obtained from Capital IQ. Further information and elaboration will be furnished upon request.