QUINN EMANUEL URQUHART & SULLIVAN, LLP
Harry A. Olivar, Jr. (Bar No. 143089)
harryolivar@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:    (213) 443-3000
Facsimile:     (213) 443-3100

Linda J. Brewer (Bar No. 217730)
lindabrewer@quinnemanuel.com
Shuang Zhang (Bar No. 324119)
clairezhang@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:    (415) 875-6600
Facsimile:     (415) 875-6700

*Attorneys for Defendants*
*Sequoia Capital XII, L.P., Sequoia Capital XII Principals Fund, LLC, Sequoia Technology Partners XII, L.P., and SC XII Management, LLC*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE DROPBOX, INC. SECURITIES LITIGATION | CASE NO. 5:19-cv-06348-BLF<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS FOR REPLY BRIEFING IN SUPPORT OF MOTIONS TO DISMISS**<br><br>**Hearing:**<br>Judge:            Hon. Beth L. Freeman<br>Courtroom:    3, 5th Floor<br>Hearing Date: September 24, 2020<br>Hearing Time: 9:00 a.m. |

1   WHEREAS, on October 4, 2019, named plaintiff Jason Michael Deinnocentis filed this federal securities class action lawsuit against defendants Dropbox, Inc.; Andrew W. Houston; Ajay V. Vashee; Timothy J. Regan; Arash Ferdowsi; Robert J. Mylod, Jr.; Donald W. Blair; Paul E. Jacobs; Condeleezza Rice; R. Bryan Schreier; Margaret C. Whitman (collectively, the "Dropbox Defendants"); and against Sequoia Capital XII, L.P.; Sequoia Capital XII Principals Fund, LLC; Sequoia Technology Partners XII, L.P.; and SC XII Management, LLC (collectively, the "Sequoia Defendants").

WHEREAS, on October 4, 2019, named plaintiff Bryan Pikal filed a federal securities class action lawsuit against the Dropbox Defendants; the Sequoia Defendants; and Goldman Sachs & Co. LLC; J.P. Morgan Securities LLC; Deutsche Bank Securities Inc.; Merrill Lynch, Pierce, Fenner & Smith Incorporated; Allen & Company LLC; RBC Capital Markets, LLC; Jefferies LLC; Macquarie Capital (USC) Inc.; Canaccord Genuity LLC; JMP Securities LLC; KeyBanc Capital Markets Inc.; and Piper Jaffray & Co. (collectively, the "Underwriter Defendants," and collectively with the Dropbox Defendants and the Sequoia Defendants, "Defendants").

WHEREAS, on January 16, 2020 this Court consolidated the two actions, appointed Ognjen Kuraica as Lead Plaintiff, and appointed Levi & Korsinsky, LLP as Lead Counsel (ECF No.65);

WHEREAS, Lead Plaintiff filed a consolidated complaint on March 2, 2020 (ECF No. 68);

WHEREAS, on April 16, 2020 the Dropbox Defendants filed a motion to dismiss the consolidated complaint and the Underwriter Defendants filed a joinder thereto (ECF Nos. 71, 74), and the Sequoia Defendants filed a motion to dismiss the consolidated complaint and a joinder to the Dropbox Defendants' motion to dismiss (ECF No. 73);

 WHEREAS, on July 13, 2020, Lead Plaintiff filed a consolidated opposition to Defendants' motions to dismiss (ECF No. 80);

WHEREAS, Defendants believe good cause exists for a modest (two-page) extension of the page limitation for the reply briefing given the number of parties and the need for the Dropbox Defendants and Sequoia Defendants each to present their separate arguments to the Court;

NOW, THEREFORE, having met and conferred, Lead Plaintiff and Defendants have agreed to, and respectively submit for approval by the Court, a modification to the page limitations for

Defendants' reply briefing as follows:

1. The combined page limit for Defendants' reply briefing shall be extended from a total of fifteen (15) pages to seventeen (17) pages, to be allocated as follows: (a) fifteen (15) pages for the reply brief of the Dropbox Defendants and Underwriters; and (b) two (2) pages for the reply brief of the Sequoia Defendants.

DATED: August 12, 2020                          **LEVI & KORSINSKY, LLP**

By: */s/ Adam M. Apton*
Adam M. Apton (SBN 316506)
Email: aapton@zlk.com
388 Market Street, Suite 1300
San Francisco, CA 94111
Tel: 415-373-1671

Nicholas I. Porritt (*pro hac vice* to be submitted)
Elizabeth Tripodi (*pro hac vice* to be submitted)
Email: nporritt@zlk.com
Email: etripodi@zlk.com
1101 30th Street N.W., Suite 115
Washington, D.C. 20007
Tel: (202) 524-4290

*Attorneys for Lead Plaintiff Ognjen Kuraica and Lead Counsel for the Class*

DATED: August 12, 2020                          **WILSON SONSINI GOODRICH & ROSATI PC**

By: */s/ Nina F. Locker*
Nina F. Locker (SBN 123838)
Evan L. Seite (SBN 274641)
nlocker@wsgr.com
eseite@wsgr.com
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: 650-493-9300

*Attorneys for Defendants Dropbox, Inc., Andrew W. Houston, Ajay V. Vashee, Timothy J. Regan, Arash Ferdowsi, Robert J. Mylod, Jr., Donald W. Blair, Paul E. Jacobs, Condoleezza Rice, R. Bryan Schreier, and Margaret C. Whitman*

| | |
|---|---|
| 1 | |
| 2 | DATED: August 12, 2020 | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| 3 | | By: */s/ Harry A. Olivar, Jr.* |
| | | Harry A. Olivar, Jr. (SBN 143089) |
| 4 | | harryolivar@quinnemanuel.com |
| | | 865 S. Figueroa St., 10th Floor |
| 5 | | Los Angeles, California 90017 |
| | | Telephone: 213-443-3000 |
| 6 | | |
| 7 | | Linda J. Brewer (SBN 217730) |
| | | Shuang Zhang (SBN 324119) |
| 8 | | lindabrewer@quinnemanuel.com |
| | | clairezhang@quinnemanuel.com |
| 9 | | 50 California Street, 22nd Floor |
| | | San Francisco, California 94111 |
| 10 | | Telephone: 415-875-6600 |

DATED: August 12, 2020 (row 2 above)

*Attorneys for Defendants Sequoia Capital XII, L.P., Sequoia Capital XII Principals Fund, LLC, Sequoia Technology Partners XII, LP., and SC XII Management, LLC*

DATED: August 12, 2020     **O'MELVENY & MYERS LLP**

By: */s/ Matthew W. Close*
  Matthew W. Close (SBN 188570)
  mclose@omm.com
  400 South Hope Street, 18th Floor
  Los Angeles, California 90071
  Telephone: 213-430-6000

*Attorney for Goldman Sachs & Co. LLC; JP. Morgan Securities LLC; Deutsche Bank Securities Inc. ; Allen & Company LLC; Merrill Lynch, Pierce, Fenner & Smith Incorporated; RBC Capital Markets, LLC; Jefferies LLC; Macquarie Capital (USA) Inc. ; Canaccord Genuity LLC; JMP Securities LLC; KeyBanc Capital Markets Inc; and Piper Jaffray & Co.*

**SIGNATURE ATTESTATION**

Pursuant to the Northern District of California's Local Rule 5-1(i)(3), I attest that concurrence in the filing the documents has been obtained from each of the other Signatories.

Dated: August 12, 2020  /s/ *Shuang Zhang*
Shuang Zhang

**[PROPOSED] ORDER**

Pursuant to the Stipulation, IT IS SO ORDERED.

Dated: August 13, 2020

The Hon. Beth Labson Freeman
United States District Judge