NINA F. LOCKER, State Bar No. 123838
EVAN L. SEITE, State Bar No. 274641
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100
Email:  nlocker@wsgr.com
          eseite@wsgr.com

*Attorneys for Defendants*
*Dropbox, Inc., Andrew W. Houston, Ajay V.*
*Vashee, Timothy J. Regan, Arash Ferdowsi,*
*Robert J. Mylod, Jr., Donald W. Blair, Paul E.*
*Jacobs, Condoleezza Rice, R. Bryan Schreier,*
*and Margaret C. Whitman*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE DROPBOX, INC. SECURITIES LITIGATION | CASE NO. 5:19-cv-06348-BLF |
| | <u>CLASS ACTION</u> |
| | **STATEMENT OF RECENT DECISION IN SUPPORT OF THE DROPBOX DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT** |
| | Hearing Date: September 24, 2020 |
| | Time: 9:00 AM |
| | Judge:  Hon. Beth Labson Freeman |
| | Courtroom:  3, 5th Floor |

Pursuant to Civil Local Rule 7-3(d)(2), Defendants Dropbox, Inc. ("Dropbox" or the "Company"), Andrew W. Houston, Ajay V. Vashee, Timothy J. Regan, Arash Ferdowsi, Robert J. Mylod, Jr., Donald W. Blair, Paul E. Jacobs, Condoleezza Rice, R. Bryan Schreier, and Margaret C. Whitman (collectively, the "Dropbox Defendants") submit the following recent decision, *In re AT&T/DirectTV Now Sec. Litig.*, No. 19-CV-2892 (VEC), slip op. at 4, 27 (S.D.N.Y. Aug. 18, 2020), in support of their Motion to Dismiss the Consolidated Class Action Complaint (ECF No. 71).  A copy of the decision is attached hereto as Exhibit A.

Dated:  September 8, 2020

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ Nina F. Locker*
    Nina F. Locker

*Attorneys for Defendants Dropbox, Inc., Andrew W. Houston, Ajay V. Vashee, Timothy J. Regan, Arash Ferdowsi, Robert J. Mylod, Jr., Donald W. Blair, Paul E. Jacobs, Condoleezza Rice, R. Bryan Schreier, and Margaret C. Whitman*