**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
Email: aapton@zlk.com
        amccall@zlk.com
388 Market Street, Suite 1300
San Francisco, CA 94111
Tel: 415-373-1671

*Attorneys for Plaintiffs*
*and the Lead Counsel for the Class*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE DROPBOX, INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

CASE NO.: 5:19-cv-06348-BLF

CLASS ACTION

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SETTLEMENT AND TO STAY ACTION**

Hon. Beth Labson Freeman

STIPULATION AND [PROPOSED] ORDER RE
SETTLEMENT AND TO STAY ACTION
CASE NO. 5:19-CV-06348-BLF

Defendants Dropbox, Inc., Andrew W. Houston, Ajay V. Vashee, Timothy J. Regan, Arash Ferdowsi, Robert J. Mylod, Jr., Donald W. Blair, Paul E. Jacobs, Condoleezza Rice, R. Bryan Schreier, Margaret C. Whitman (collectively, the "Dropbox Defendants"), Sequoia Capital XII, L.P., Sequoia Capital XII Principals Fund, LLC, Sequoia Technology Partners XII, L.P., SC XII Management, LLC (collectively, the "Sequoia Defendants"), Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, Deutsche Bank Securities Inc., BofA Securities, Inc., Allen Company LLC, RBC Capital Markets, LLC, Jefferies LLC, Macquarie Capital (USA) Inc., Canaccord Genuity LLC, JMP Securities LLC, KeyBanc Capital Markets Inc., and Piper Sandler & Co. (collectively, the "Underwriter Defendants," and together with the Dropbox Defendants and the Sequoia Defendants, "Defendants"), and Lead Plaintiff Ognjen Kuraica and Plaintiff Rick Gammiere (collectively, "Plaintiffs") by and through their undersigned counsel in the above-captioned action, hereby stipulate as follows:

WHEREAS, on October 21, 2020, the Court issued an order granting Defendants' motions to dismiss with leave to amend, and setting January 6, 2021 as the deadline for Plaintiffs to file an amended complaint (ECF No. 98);

WHEREAS, on January 6, 2021, the parties entered a joint stipulation requesting additional time to file an amended complaint in order to explore a potential resolution of this matter, which was granted by this Court on January 7, 2021 (ECF No. 106);

WHEREAS, on February 11, 2021, Plaintiffs and the Dropbox Defendants participated in full-day mediation session before former U.S. District Court Judge the Hon. Gary A. Feess (Ret.) and reached an agreement in principle to a settlement of all claims in this litigation against all defendants on a class-wide basis subject to Court approval;

WHEREAS, the parties are further memorializing and finalizing the agreement in principle to settle in anticipation of Plaintiffs filing a motion to seek the Court's preliminary approval of that settlement;

WHEREAS, to prevent unnecessary expenditure of party and judicial resources, the parties agree that this action and all deadlines should be stayed and suspended.

NOW, THEREFORE, the parties hereby stipulate and agree, and respectfully submit for approval by the Court that:

1.  All upcoming deadlines, including deadlines for filing an amended complaint and a response thereto, shall be stayed.

2.  The Case Management Conference, set for April 1, 2021, shall be continued to a later date.

Dated: February 22, 2021

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ Nina F. Locker*
Nina F. Locker

*Attorneys for Defendants Dropbox, Inc., Andrew W. Houston, Ajay V. Vashee, Timothy J. Regan, Arash Ferdowsi, Robert J. Mylod, Jr., Donald W. Blair, Paul E. Jacobs, Condoleezza Rice, R. Bryan Schreier, and Margaret C. Whitman*

Dated: February 22, 2021

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Linda J. Brewer*

Linda J. Brewer (SBN 217730)
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
Email: lindabrewer@quinnemanuel.com

Harry A. Olivar, Jr. (SBN 143089)
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: harryolivar@quinnemanuel.com

*Attorneys for Defendants Sequoia Capital XII, L.P., Sequoia Capital XII Principals Fund, LLC, Sequoia Technology Partners XII, L.P., and SC XII Management, LLC*

Dated: February 22, 2021

O'MELVENY & MYERS LLP

By: /s/ Matthew W. Close

Matthew W. Close (SBN 188570)
400 South Hope Street, 18th Floor
Los Angeles, California 90071
Telephone: (213) 430-6000
Email: mclose@omm.com

Abby F. Rudzin (admitted *pro hac vice*)
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Email: arudzin@omm.com

*Attorneys for Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, Deutsche Bank Securities Inc., BofA Securities, Inc., Allen Company LLC, RBC Capital Markets, LLC, Jefferies LLC, Macquarie Capital (USA) Inc., Canaccord Genuity LLC, JMP Securities LLC, KeyBanc Capital Markets Inc., and Piper Sandler & Co.*

Dated: February 22, 2021

LEVI & KORSINSKY, LLP

By: /s/ Adam M. Apton

Adam M. Apton (SBN 316506)
388 Market Street, Suite 1300
San Francisco, CA 94111
Telephone: (415) 373-1671
Email: aapton@zlk.com

Nicholas I. Porritt (admitted *pro hac vice*)
1101 30th Street N.W., Suite 115
Washington, D.C. 20007
Telephone: (202) 524-4290
Email: nporritt@zlk.com

*Attorneys for Lead Plaintiff Ognjen Kuraica and Lead Counsel for the Class*

STIPULATION AND [PROPOSED] ORDER RE
SETTLEMENT AND TO STAY ACTION
CASE NO. 5:19-CV-06348-BLF

-3-

# [PROPOSED] ORDER

Pursuant to the Stipulation, **IT IS SO ORDERED.**

Dated:  February 23, 2021

_(signature)_

The Hon. Beth Labson Freeman
United States District Judge

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

I, Adam M. Apton, am the ECF User whose identification and password are being used to file the JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SETTLEMENT AND TO STAY ACTION. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Linda J. Brewer, Matthew W. Close, and Nina F. Locker have concurred in this filing.

Dated: February 22, 2021

By: */s/ Adam M. Apton*
       Adam M. Apton

STIPULATION AND [PROPOSED] ORDER RE
SETTLEMENT AND TO STAY ACTION
CASE NO. 5:19-CV-06348-BLF

-5-