**GLANCY PRONGAY & MURRAY LLP**
Casey Sadler (#274241)
Melissa C. Wright (#291120)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: csadler@glancylaw.com
        mwright@glancylaw.com
        info@glancylaw.com

*Attorneys for Plaintiffs
and the Settlement Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DROPBOX, INC. SECURITIES LITIGATION | Case No.: 5:19-cv-06348-BLF |
| | **DECLARATION OF MELISSA C. WRIGHT, ESQ. IN SUPPORT OF LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES FILED ON BEHALF OF GLANCY PRONGAY & MURRAY LLP** |
| | Honorable Beth Labson Freeman |
| This Document Relates To: All Actions | |

I, Melissa C. Wright, declare as follows:

1.    I am an associate at the law firm Glancy Prongay & Murray LLP ("GPM"), which served as additional Plaintiffs' Counsel in the above-captioned action (the "Action").[1]  I submit this declaration in support of Lead Counsel's application for an award of attorneys' fees in connection with services rendered in the Action, as well as for reimbursement of litigation expenses incurred in connection with the Action.  I have personal knowledge of the facts set forth herein and, if called upon, could and would testify thereto.

2.    GPM conducted work in the Action at the direction and under the supervision of Lead Counsel, Levi & Korsinsky, LLP ("L&K" or "Lead Counsel") and in particular at the direction of L&K's partner, Adam M. Apton.  I was in regular contact and worked closely with Mr. Apton in connection with the services provided by GPM in the Action.

3.    The schedule attached hereto as Exhibit A is a detailed summary, broken down into five categories, of the amount of time spent by attorneys and professional support staff employees of my firm who, from inception of the Action through and including October 18, 2021, billed ten or more hours to the Action, and the lodestar calculation for those individuals based on my firm's current billing rates.  The categories are: (i) Initial Investigation and Lead Plaintiff Appointment; (ii)  Preparation of Complaints and Factual Investigation; (iii)  Research and Briefing the Motions to Dismiss; (iv) Mediation and Settlement; and (v) Miscellaneous Court Filings, including, but not limited to, Stipulations, Status Updates, *etc*.  For personnel who are no longer employed by my firm, the lodestar calculation is based upon the billing rates for such personnel in his or her final year of employment by my firm.  The schedule was prepared from contemporaneous daily time records regularly prepared and maintained by my firm.

4.    Attached as Exhibit B is a summary of the principal tasks undertaken by each attorney or other professional whose time is included on Exhibit A.

---

[1] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated May 14, 2021 (ECF No. 115-2).

1

DECLARATION OF MELISSA C. WRIGHT, ESQ. IN SUPPORT OF LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES

5.    The hourly rates for the attorneys and professional support staff in my firm included in Exhibit A are consistent with the rates approved by courts in other securities or shareholder litigation.

6.    The total number of hours reflected in Exhibit A is 103.7 hours. The total lodestar reflected in Exhibit A is $67,470.00 for time attorneys spent litigating this action.

7.    My firm's lodestar figures are based upon the firm's billing rates, which rates do not include charges for expense items. Expense items are billed separately and such charges are not duplicated in my firm's billing rates.

8.    As detailed in Exhibit C, my firm is seeking reimbursement of a total of $7,126.54 in expenses incurred in connection with the prosecution of this Action.

9.    The litigation expenses incurred in the Action are reflected on the books and records of my firm. These books and records are prepared from expense vouchers, check records, and other source materials and are an accurate record of the expenses incurred. The expenses reflected in Exhibit C are the expenses actually incurred by my firm.

10.    Attached hereto as Exhibit D is a brief biography of GPM, including the attorneys who were involved in the Action.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed this 21st day of October, 2021 in Los Angeles, California.

Melissa C. Wright

2
DECLARATION OF MELISSA C. WRIGHT, ESQ. IN SUPPORT OF LEAD COUNSEL'S MOTION FOR
ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES

**EXHIBIT A**

*In re Dropbox, Inc. Sec. Litig.*
**Case No.: 5:19-cv-06348-BLF**

**Glancy Prongay & Murray LLP**

**LODESTAR REPORT**
**FROM INCEPTION THROUGH OCTOBER 18, 2021**

| TIMEKEEPER | | | HOURS BY CATEGORY | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **ATTORNEYS:** | **TITLE** | **RATE** | **01** | **02** | **03** | **04** | **05** | **TOTAL** | **LODESTAR** |
| Casey Sadler | Partner | 725.00 | 20.0 | | | 22.0 | | 42.0 | $30,450.00 |
| Melissa Wright | Associate | 600.00 | | | | 61.7 | | 61.7 | $37,020.00 |
| **TOTAL LODESTAR** | | | **20.0** | **0** | **0** | **83.7** | **0** | **0** | **$67,470.00** |

| CATEGORY KEY: |
|---|
| 01. INITIAL INVESTIGATION & LEAD PLAINTIFF APPOINTMENT |
| 02. PREPARATION OF COMPLAINTS & FACTUAL INVESTIGATION |
| 03. RESEARCH & BRIEFING MOTIONS TO DISMISS |
| 04. MEDIATION & SETTLEMENT |
| 05. MISC. COURT FILINGS, INCLUDING BUT NOT LIMITED TO, STIPULATIONS, STATUS UPDATES, ETC. |

DECLARATION OF MELISSA C. WRIGHT, ESQ. IN SUPPORT OF LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES

**EXHIBIT B**

*In re Dropbox, Inc. Sec. Litig.*
**Case No.: 5:19-cv-06348-BLF**

**Glancy Prongay & Murray LLP**

**Summary of Work By Attorney or Paraprofessional**

**PARTNERS**

**Casey E. Sadler** (42.0 hours): Mr. Sadler was involved in the initial investigation of potential claims and the motion for the appointment of Rick Gammiere as a potential lead plaintiff and GPM as lead counsel.  Mr. Sadler was also involved in the preparation for the mediation session, which he also attended.  Mr. Sadler also supervised the preparation of Plaintiffs' Motion for Preliminary Approval and the supporting papers.

**ASSOCIATES**

**Melissa C. Wright** (61.7 hours):  Ms. Wright was involved in preparing and negotiating the settlement documents, working with Plaintiffs' expert to prepare the plan of allocation and researching and drafting Plaintiffs' Motion for Preliminary Approval and the supporting papers.

DECLARATION OF MELISSA C. WRIGHT, ESQ. IN SUPPORT OF LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES

# EXHIBIT C

***In re Dropbox, Inc. Sec. Litig.***
**Case No.: 5:19-cv-06348-BLF**

**Glancy Prongay & Murray LLP**

**EXPENSE REPORT**

**FROM INCEPTION THROUGH OCTOBER 18, 2021**

| ITEM | AMOUNT |
|---|---|
| COURIER AND SPECIAL POSTAGE | 29.52 |
| EXPERTS | 2,284.20 |
| INVESTIGATIONS | 2,300.00 |
| MEDIATION | 2,000.00 |
| ONLINE RESEARCH | 392.82 |
| PRESS RELEASES | 120.00 |
| **GRAND TOTAL** | **7,126.54** |

DECLARATION OF MELISSA C. WRIGHT, ESQ. IN SUPPORT OF LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES

**EXHIBIT D**

**Glancy Prongay & Murray LLP**

**FIRM RESUME**

DECLARATION OF MELISSA C. WRIGHT, ESQ. IN SUPPORT OF LEAD COUNSEL'S MOTION FOR
ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES

v                                    ☐c