**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| OGNJEN KURAICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DROPBOX, INC., et al., <br><br> Defendants. | Case No. 19-cv-06348-BLF <br><br> **ORDER STRIKING MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND MOTION FOR ATTORNEYS' FEES WITH LEAVE TO REFILE A CORRECTED VERSION** |

The Court hereby STRIKES Plaintiffs' motion for final approval, ECF No. 123, and Lead Counsel's motion for attorneys' fees, ECF No. 124, with leave to refile a corrected version, for failure to comply with this Court's Standing Order. *See* Standing Order for Civil Cases § IV.F ("Footnotes shall be no less than 12-point type and shall be **double-spaced**. **Footnotes shall not be used to cite to legal authorities or evidence.** All citations to legal authorities or evidence shall be in the body of the brief. … In general, no more than 5 footnotes per brief should be necessary.") (emphasis added).

**IT IS SO ORDERED.**

Dated: November 3, 2021

_____
BETH LABSON FREEMAN
United States District Judge