**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re DROPBOX, INC. SECURITIES LITIGATION | Case No. 5:19-cv-06348-BLF<br><br>Honorable Beth Labson Freeman |

**SUPPLEMENTAL DECLARATION OF SARAH EVANS**
**CONCERNING: (A) MAILING OF THE POSTCARD NOTICE; (B) REPORT ON**
**REQUESTS FOR EXCLUSION; AND (C) REPORT ON OBJECTIONS**

I, Sarah Evans, declare as follows:

1.    I am a Project Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.  Unless otherwise noted, capitalized terms have the meanings set forth in the Stipulation and Agreement of Settlement, dated as of May 14, 2021 (ECF No. 115-2, "Stipulation"). I have over seven years of experience specializing in the administration of class action cases.  SCS was established in April 1999 and has administered over four hundred and fifty (450) class action cases since its inception.  I am over 21 years of age and not a party to this action.  I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would testify thereto.

1

Supplemental Declaration of Sarah Evans [No. 5:19-cv-06348-BLF]

**UPDATE ON MAILING OF POSTCARD NOTICE**

2.      Pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice, dated August 3, 2021 (ECF No. 121, "Preliminary Approval Order"), the Court approved the retention of SCS as Claims Administrator to supervise and administer the notice procedure, as well as the processing of claims, in connection with the proposed Settlement.

3.      As noted in the Declaration of Sarah Evans Concerning: (A) Mailing of the Postcard Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections, dated as of October 28, 2021 (the "Evans Declaration", ECF No. 129-1), SCS had initially mailed 149,712 Postcard Notices to potential Settlement Class Members or nominees. Evans Declaration, ¶6. Since the Evans Declaration was filed, no additional Postcard Notices have been mailed. As of the date of the Evans Declaration, SCS had received 135 requests from potential Settlement Class Members to mail them the Long Notice and Claim Form out of the 149,712 Postcard Notices mailed. Since the Evans Declaration, SCS has received and fulfilled an additional 52 requests to mail the Long Notice and Claim Form from potential Settlement Class Members. To date, SCS has received and fulfilled a total of 187 requests for the Long Notice and Claim Form from potential Settlement Class Members.

4.      As of the filing of the Evans Declaration, out of the 149,712 Postcard Notices mailed, 3,188 had been returned undeliverable, of which SCS was either provided, via forwarding addresses from the United States Postal Service ("USPS"), or obtained, via skip-tracing, 2,268 updated addresses. SCS mailed new Postcard Notices to the potential Settlement Class Members at these updated addresses. Since the filing of the Evans Declaration, an additional 3,033 Postcard Notices have been returned undeliverable. Of these 3,033 undeliverable Postcard Notices, the USPS provided forwarding addresses for 105, and SCS immediately mailed another Postcard Notice to the updated addresses. The remaining 2,928 Postcard Notices returned as undeliverable

2

were "skip-traced" to obtain updated addresses, and 962 were re-mailed to updated addresses located. To date, a total of 6,221 Postcard Notices have been returned undeliverable, of which 358 have been mailed to updated forwarding addresses provided by the USPS and 3,230 have been mailed to updated addresses obtained via skip-tracing. Of the 3,230 Postcard Notices mailed to updated addresses obtained via skip-tracing, a total of 9 were returned undeliverable from the updated addresses. The USPS provided forwarding addresses for these 9 potential Settlement Class Members, and a new Postcard Notice was mailed to the potential Settlement Class Members at the updated address provided by the USPS.

5.    As noted in the Evans Declaration, SCS was originally notified by one of the nominees that it emailed 73,076 of its customers to notify them of this Settlement and to provide them with a direct link to the Notice of (I) Pendency of Class Action, Certification of Settlement Class, and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses ("Long Notice") and the Proof of Claim and Release Form ("Claim Form", and together with the Notice, "Long Notice and Claim Form") on the Settlement webpage.  Evans Declaration, ¶6.  Since the filing of the Evans Declaration, no email notifications have been sent.

### PUBLICATION OF THE SUMMARY NOTICE

6.    As set forth in the Evans Declaration, on September 15, 2021, SCS caused the Summary Notice of (I) Pendency of Class Action, Certification of Settlement Class, and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses to be transmitted electronically once over the *GlobeNewswire*.  Evans Declaration, ¶9.

**UPDATE ON TOLL-FREE PHONE LINE**

7.      As noted in the Evans Declaration, SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement and/or request a Long Notice and Claim Form.  Evans Declaration, ¶10.  SCS continues to promptly respond to each telephone inquiry and address Settlement Class Members' inquiries.

**UPDATE ON WEBSITE**

8.      On August 24, 2021, SCS established a webpage for the Settlement on its website: www.strategicclaims.net/Dropbox (the "Settlement webpage").  The Settlement webpage is accessible twenty-four hours a day, seven days a week. The Settlement webpage contains the current status of the case; the case deadlines; an online claim filing link; and important case-related documents, including the Long Notice, Claim Form, Stipulation, Preliminary Approval Order. On November 16, 2021, the Settlement webpage was updated to include additional important documents. The documents added to the Settlement webpage on November 16, 2019 were: (a) Plaintiffs' Amended Notice of Unopposed Motion and Motion for Final Approval of Class Action Settlement and Plan of Allocation; Memorandum of Law in Support Thereof, dated November 4, 2021 (ECF No. 127); (b) Lead Counsel's: (1) Notice of Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; and (2) Amended Memorandum of Law in Support Thereof, dated November 4, 2021 (ECF No. 128); and (c) Declaration of Adam M. Apton in Support of: (I) Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation, dated October 28, 2021 (ECF No. 129) with its exhibits. To date, the Settlement webpage has received 21,964 pageviews from 12,325 unique users.

Supplemental Declaration of Sarah Evans [No. 5:19-cv-06348-BLF]

**UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS**

9.      The Postcard Notice, Long Notice, Summary Notice, and Settlement webpage informed potential Settlement Class Members that written requests for exclusion were to be mailed to SCS such that they were received no later than November 12, 2021. As of the date of the Evans Declaration, SCS had received three requests for exclusion. Since the date of the Evans Declaration, SCS has received an additional 3 requests for exclusion; 1 of the requests was timely, and the other two requests were received after the November 12, 2021 deadline to request exclusion. Copies of the three exclusions requests received since the date of the Evans Declaration are attached hereto as **Exhibit A**. To date, SCS has received a total of 6 requests for exclusion.

10.      According to the Postcard Notice, Long Notice, Summary Notice, and Settlement webpage, Settlement Class Members seeking to object to the Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses were required to file their objections with the Court no later than November 12, 2021.  As of the date of this declaration, SCS has neither received nor been notified of the filing of any objections.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 24th day of November 2021, in Media, Pennsylvania.

_____
Sarah Evans

Supplemental Declaration of Sarah Evans [No. 5:19-cv-06348-BLF]

**EXHIBIT A**

In re Dropbox, Inc. Securities Litigation,
c/o Strategic Claims Services,
P.O. Box 230,
600 N. Jackson St., Suite 205,
Media, PA 19063

October 22nd 2021

RE: Request for Exclusion from the Settlement Class

To Whom it May Concern,

I am writing to request exclusion from the settlement case: Dropbox Inc. Securities Litigation, Case No. 5:19-CV-06348.

Please see further details below:

(a) **Name**: Maria Parodi
   **Address**: █████████████████████████████████
   **Telephone Number**: ███████████████

(b) I, Maria Parodi requests exclusion from the Settlement Class in In re Dropbox, Inc.
Securities Litigation, Case No. 5:19-CV-06348.

(c) **Number of Shares**: I hold 864 shares of Dropbox common stock.

(d) **My Signature**: ████████████████████

Kind Regards,

Maria Parodi

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE
POSTAGE REQUIRED


**UNITED STATES POSTAL SERVICE**₀

# PRIORITY® MAIL

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

  * Domestic only


P S00001000014

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

To schedule free
Package Pickup,
scan the QR code.


USPS.COM/PICKUP

OCT 29 2021


P   US POSTAGE PAID
10/26/2021

Pitney Bowes   026W0004897306
ComPisPrice
Flat Rate Envelope   3001308627

## PRIORITY MAIL 3-DAY™

Maria Parodi

Estimated Delivery Date: 10/28/2021

0004

B003

DROPBOX, INC. SECURITIES LITIGATION
C/O STRATEGIC CLAIMS SERVICES
PO BOX 230
600 NORTH JACKSON STREET SUITE 205
MEDIA PA 19063-0230


USPS TRACKING #

* Domestic only.   * For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.

DocuSign Envelope ID: CEAAF1AD-7743-4DAD-AA44-CED02E6FD45F

Via UPS

November 10, 2021

*In re Dropbox, Inc. Securities Litigation*
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson Street, Suite 205
Media, PA 19063

Re: REQUEST FOR EXCLUSION – *In re Dropbox Securities Litigation*, Case No. 5:19-cv-06348

To Whom it May Concern:

I, Jon Simonton, request exclusion from the Settlement Class in *In re Dropbox, Inc. Securities Litigation*, Case No. 5:19-cv-06348.

In accordance with the Notice of (I) Pendency of Class Action, Certification of Settlement Class, and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses, I am providing you the following required information:

Full Name:              Jon Simonton

Address:                ███████████████████████████

Telephone Number:       ████████████████████

Number of IPO Shares:  105

Sincerely,

JON SIMONTON

# View/Print Label

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialogue box that appears. Note: If your browser does not support this function, select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a scheduled Pickup**
   - Your driver will pickup your shipment(s) as usual.

   **Customers without a scheduled Pickup**
   - Schedule a Pickup on ups.com to have a UPS driver pickup all of your packages.
   - Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. To find the location nearest you, please visit the 'Locations' Quick link at ups.com.

| UPS Access Point™ | UPS Access Point™ | UPS Access Point™ |
|---|---|---|
| THE UPS STORE | GO POSTAL | POSTAL ANNEX #2009 |

FOLD HERE



11/4/2021

MARION E. BARBOUR

███████████████

Strategic Claims Services

In re: Dropbox, Inc Securities Litigation:

I, MARION E. BARBOUR, am "requesting exclusion from the Settlement Class in Re Dropbox, Inc, Securities Litigation case No:5:19-cv-06348" I MARION E. BARBOUR, BOUGHT 200 shares of Dropbox on 4/12/2018

███████████████

MARION E. BARBOUR

